

**U.S. Department of Justice**

Antitrust Division

---

*New York Field Office*

26 Federal Plaza             212/335-8000
Room 3630
New York, New York 10278-0140   FAX 212/335-8023

March 7, 2013

**BY FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/8/13

    Re:   *United States v. Rubin/Chambers, Dunhill Ins. Services, Inc., et al.*,
           S1 09 Cr. 1058 (VM)

Dear Judge Marrero:

    The Government respectfully writes to request an adjournment of the conference currently scheduled for March 22, 2013 to discuss the status of the two defendants, David Rubin and CDR, remaining on this Court's docket. As Your Honor is aware, Rubin testified before Judge Wood in the related *Ghavami* case in August 2012. The defendants in that case are currently scheduled to be sentenced at the end of May 2013. In addition, the Government is close to deciding whether Rubin may have additional opportunities to cooperate with ongoing investigations by this office. I have spoken to Rubin's counsel, who consents to the adjournment of the sentencing date.

    The Government is available to answer any questions the Court may have or provide additional information if the Court requests. My telephone number is 212-335-8016.

                                   Respectfully submitted,

                                   REBECCA MEIKLEJOHN
                                   Trial Attorney
                                   Antitrust Division

cc:    Bradley D. Simon (by e-mail)
        Richard Beckler (by e-mail)

> Request GRANTED. The sentencing of defendant David
> Rubin herein is rescheduled to 6-28-13
> at 3:00 p.m.
>
> SO ORDERED.
>
> 3-8-13
> DATE        VICTOR MARRERO, U.S.D.J.