### From the Desk of Leslie Botnick, M.D.
### 233 So. Windsor Blvd.
### Los Angeles, CA 90004



June 10, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/13

Hon. Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007-1312

**Re: David Rubin**

*USA v. Rubin/Chambers*
*09 CR 1058-02*

Dear Honorable Victor Marrero:

As an oncologist I have been involved with the decisions relating to Mr. Rubin's wife Gail since 8-9/2009. As a physician in the community I have known Mr. Rubin and his family for many years.

Mr. Rubin's involvement in her clinical care has been invaluable. The medical odds with Stage IV Pancreatic cancer the likelihood of survival at four years is less than 5%. The fact that she is alive today is related to her chemotherapy response. However, the support from Mr. Rubin and his vigilance allows her to get her chemotherapy treatments on time and in case of emergency she receives medical attention quickly.

I cannot imagine the successful treatment of his wife could be possible without her husband, David Rubin at her side.

Furthermore, with still very young children his presence and assumption of parental responsibility, allows his wife the time to recover from treatment so she is able to receive her next cycle of chemotherapy.

Despite the success of her treatment her long term outlook remains bleak. His continued support is essential.

Sincerely,

Leslie E. Botnick, M.D.

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *defendant David Rubin*.

**SO ORDERED.**

6-17-13
DATE   VICTOR MARRERO, U.S.D.J.