U.S. v. David Rubin

RUBIN, DAVID

```
USDS SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:               P57494 / JYKim
DATE FILED:  11/8/13
```

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Johnny Y. Kim
U.S. Probation Officer
212-805-0040 ext. 5175

Approved By: _____
Allyson L. Felix
Supervisory U.S. Probation Officer

1. An adjournment is granted: ✓

   If approved, new date of sentence: 12/17/13   Time: 11:00 a.m.

2. Request is denied: _____

11/7/13
Date

_____
Honorable Kimba M. Wood
Senior U.S. District Judge

Part I