January 23, 2014

Honorable Kimba M. Wood
United States District Court
United States Courthouse
500 Pearl Street
New York, New York

Dear Honorable Judge Wood:

I am writing this letter to you on behalf of my husband, David Rubin. This is not an easy letter to write, nor to read, but, in life, you don't always get to choose your story.

01/24/2014 11:47 3239376294 RUBIN PAGE 02/03



01/24/2014 11:47 3239376294 RUBIN PAGE 03/03

I am so grateful and appreciative of the Court and all Your Honor can consider on his behalf. Thank You for taking the time to read this letter All is True.

Sincerely,

Gail Rubin

01/24/2014 11:47 3239376294 RUBIN PAGE 01/03