January 10, 2014

Hon. Kimba M. Wood
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Wood:

I am writing this letter on behalf of my father, David Rubin. I, Elizabeth Rubin, am my parents' eldest daughter, a wife, and a mother to my daughter, K█. I am 25 years old and, currently, I am studying medicine in my second year at the David Geffen School of Medicine at UCLA.

████████████The themes of dedication and passion are continuous. My father coached my basketball team from 3rd-6th grade in the local community girls' league. Games on Sunday and practices on Wednesday. My dad would give prizes for most free throws made and devise and practice organized plays to give our group of 10-year-old girls some semblance of order on the court.  When I graduated into the middle school league and played on my school's team, my dad made an effort to come to almost every game. Throughout high school, my dad would drive hours through LA rush hour traffic to watch my "away" games.  The passion to watch his children never waned; when I graduated, he made the same effort for my brother, and cheers with the same enthusiasm and fervor at my sister's middle school games today.

My father also impressed upon me the importance of being involved in the community. I remember going to an event with him while he was the Commissioner for Housing when I was still in middle school. We got to meet Beverly White, a news anchor; recognizing her on the news the next night made his work seem really important. Seeing the different projects my father was involved in, specifically working with low-income housing, made me realize the importance of working for the greater community. The past few Thanksgivings, my father took my younger siblings to a local homeless shelter to help serve and brighten the holiday spirit of the patrons. He has always taught us to give to and work for the general good, both in the Jewish community, and the world at large. Learning these lessons, as a high school student I worked for 3 years with Koreh LA, teaching reading in a local public elementary school. My interest in the greater community continued in college, where I worked teaching Cardiology and general literacy as a Peer Tutor in a public high school in West Philadelphia. My brother, Steven, worked at the LA Youth Network for homeless children throughout high school. My siblings, Laura, M█████, and B██████, run an annual "hot dog and lemonade" stand every July 4. Each year, they choose a different charity to which to donate the proceeds. This past year, they chose Save a Child's Heart, an Israeli organization that provides free life-saving cardiac surgery to children in various African countries. My father plays a key role, both logistically and inspirationally, in that annual endeavor.

My father is a passionate man who works hard for what he believes in. He is my role model and source of inspiration.





I thank your Honor for taking the time to read my letter and I ask that you consider all of these things when determining my father's sentence.

Sincerely,

Elizabeth Rubin



M█████ and
B██████'s annual fourth
of July hotdog and
lemonade stand! ON THE
CORNER OF BEVERLY
AND JUNE

Sunday, July7,2013
11:30-3:00

Hotdogs, lemonade, cupcakes, and
more!

Our profit goes to the organization:
Save a Child's Heart





