| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CDR I | CDR | I | The Health Educational and Housing Facility Board of the County of Montgomery, Tennessee | Hospital Improvement and Refunding Revenue Bond Series 1998 (Clarksville Regional Health System) | 001 | 7/20/1998 | BOA | $13,000.00 | $0.00 | $0.00 | $0.00 | $13,000.00 |
| 2 | CDR I | CDR | I | Illinois Development Finance Authority | Economic Development Finance Authority (Latin School of Chicago) | 002 | 8/10/1998 | BOA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CDR I | CDR | I | Onondaga County Industrial Development Agency | Solid Waste Disposal Facility Revenue Bonds, Series 1997 (Solvay Paperboard II, LP Project) | 003 | 10/14/1998 | Bear Stearns | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 4 | CDR I | CDR | I | Harrisonburg Redevelopment and Housing Authority | Lease Purchase Revenue Bonds, Series A & Subordinated Series B, Lease to Own | 004 | 2/22/1999 | Soc Gen | $0.00 | $417,582.00 | $0.00 | $0.00 | $417,582.00 |
| 5 | CDR I | CDR | I | Missouri Development Finance Board | Multifamily Housing Revenue Refunding Bonds, Quality Hill Project Series 1999A and 1998B; Taxable Multifamily Housing Revenue Bonds, 1998C | 005 | 3/3/1999 | BOA (Nations) | $6,250.00 | $0.00 | $0.00 | $0.00 | $6,250.00 |
| 6 | CDR I | CDR | I | Industrial Development Authority of Albemarle County, VA (Westminster-Canterbury) | Residential Care Facility Mortgage Revenue Bonds (Westminster-Canterbury of the Blue Ridge), Series 1999 (Construction) | 006 | 3/25/1999 | Wells Fargo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CDR I | CDR | I | Industrial Development Authority of Albemarle County, VA (Westminster-Canterbury) | Residential Care Facility Mortgage Revenue Bonds (Westminster-Canterbury of the Blue Ridge), Series 1999 (DSRF) | 007 | 3/25/1999 | Wells Fargo | $10,850.00 | $0.00 | $0.00 | $0.00 | $10,850.00 |
| 8 | CDR I | CDR | I | Board of Trustees of Southern Illinois University | Housing and Auxiliary Facilities System Revenue Bonds, Series 1999A | 008 | 5/18/1999 | JPMC | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 |
| 9 | CDR I | CDR | I | Public Building Authority of the City of Clarksville, Tennessee | Adjustable Rate Pooled Financing Revenue Bonds, Series 1999 (Tennessee Municipal Bond Fund) | 009 | 5/25/1999 | Morgan Guaranty Trust Co. | $0.00 | $616,883.38 | $0.00 | $0.00 | $616,883.38 |
| 10 | CDR I | CDR | I | City of Hoopeston | Hospital Capital Improvement and Refunding Revenue Bonds (Hoopeston Community Memorial Hospital Project), Series 1999 | 010 | 6/2/1999 | BOA | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 11 | CDR I | CDR | I | City of Woonsocket, Rhode Island | Tax Exempt Lease Purchase Agreement | 011 | 7/23/1999 | JPMC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CDR I | CDR | I | Harris County Health Facilities Development Corporation | Young Men's Christian Association of Greater Houston Area, Series 1999 | 012 | 8/4/1999 | JPMC | $15,000.00 | $0.00 | $0.00 | $0.00 | $15,000.00 |
| 13 | CDR I | CDR | I | Massachusetts State College Building Authority | Project Revenue Bonds, Senior Series 1999-A and Project Revenue Bonds, Series 1999-1 (DSRF) | 013 | 8/4/1999 | Lehman | $47,500.00 | $0.00 | $0.00 | $0.00 | $47,500.00 |
| 14 | CDR I | CDR | I | The Mustang Improvement Authority | Utility System Revenue Bonds, Series 1999 | 014 | 8/12/1999 | JPMC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CDR I | CDR | I | South Carolina Jobs Economic Development Authority | Economic Development Revenue Bonds, (LATI Industries, Inc. Project), Series 1999 | 015 | 8/26/1999 | BOA | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| 16 | CDR III, CGG I | CDR | III | Florida Housing Finance Corporation | Housing Revenue Bonds, 1999 Series I-1 and Taxable Housing Revenue Bonds 1999 Series I-2 (Heritage Pointe Apartments) | 016 | 8/30/1999 | Trinity (GE) | $0.00 | $0.00 | $0.00 | $4,676.60 | $4,676.60 |
| 17 | CDR I | CDR | I | The Public Building Authority of the County of Montgomery, Tennessee | Adjustable Rate Pooled Financing Revenue Bonds, Series 1999 (Tennessee County Loan Pool) | 017 | 9/8/1999 | Soc Gen | $0.00 | $906,055.05 | $0.00 | $0.00 | $906,055.05 |
| 18 | CDR I | CDR | I | Cabrillo Unified School District | 1999 Certificates of Participation (Middle School Project) Evidencing the Proportionate Undivided Interests of the Owners Thereof in Lease Payments to be Made by Cabrillo Unified School District. (DSRF and Construction Fund) | 019 | 9/16/1999 | BOA | $6,500.00 | $0.00 | $0.00 | $0.00 | $6,500.00 |
| 19 | CDR I, CDR III, CGG I | CDR | I | Oklahoma Industries Authority (Integris Health) | Health System Revenue Bonds (Obligated group consisting of Baptist Medical Center of Oklahoma, Inc., South Oklahoma City Hospital Corporation and Baptist Rural Health System, Inc.) Series 1995C (Escrow) | 020 | 10/7/1999 | Morgan Stanley | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 20 | CDR I | CDR | I | The Edmond Public Works Authority | Utility System Revenue Refunding Bonds, Series 1999 | 021 | 10/18/1999 | BOA | $15,000.00 | $0.00 | $0.00 | $0.00 | $15,000.00 |
| 21 | CDR III, CGG I | CDR | III | Mississippi Home Corporation | Multifamily Housing Adjustable/Fixed Rate Revenue Refunding Bonds (Summer Park Apartments) Series 1999d-1 and Series 1999d-2 | 024 | 11/5/1999 | FGIC (GE) | $1,875.00 | $0.00 | $0.00 | $9,372.86 | $11,247.86 |
| 22 | CDR I | CDR | I | Capital Trust Agency | Variable Rate Demand Multi-Family Housing Revenue Bonds (Community Loan Program), Series 1999A | 025 | 11/18/1999 | Sun America | $0.00 | $1,692,902.36 | $0.00 | $0.00 | $1,692,902.36 |
| 23 | CDR III, CGG I | CDR | III | County of Cuyahoga | Adjustable Rate Economic Development Revenue Bonds, Series 1999 (Hathaway Brown School Project) | 027 | 11/23/1999 | FGIC (GE) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | CDR I | CDR | I | Pacific Housing and Finance Agency | Lease Revenue Pass-Through Obligations (Lease Purchase Program), 1999 Series A, and Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 1999 Series B, and Subordinated Capital Appreciation Revenue Obligations (Lease Purchase Program) 1999 Series C | 028 | 11/24/1999 | Soc Gen | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CDR III, CGG I | CDR | III | Housing Authority of the County of Dekalb | Multifamily Housing Revenue Bonds Series 1999 (Robins Landing Project) | 029 | 12/1/1999 | FGIC (GE) | $0.00 | $0.00 | $0.00 | $5,817.18 | $5,817.18 |
| 26 | CDR III, CGG I | CDR | III | City of Chicago | Multi-family Housing Revenue Bonds (St. Edmund's Village Apartments) Series 1999A | 031 | 12/10/1999 | FGIC (GE) | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| 27 | CDR III, CGG I | CDR | III | Massachusetts Development Finance Agency | Assisted Living Facility Revenue Bonds (The Monastery at West Springfield Project) Series 1999 | 032 | 12/15/1999 | Bayerische Landesbank | $8,000.00 | $0.00 | $0.00 | $0.00 | $8,000.00 |
| 28 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Variable Rate Bonds, 1999 Series 3 and 1999 Series 4 | 034 | 12/20/1999 | Westdeutsche Landesbank | $6,600.00 | $0.00 | $0.00 | $0.00 | $6,600.00 |
| 29 | CDR I | CDR | I | North Carolina Educational Facilities Finance Agency | Variable Rate Educational Facilities Bonds (Providence Day School), Series 1999 (Construction Fund) | 035 | 1/5/2000 | BOA | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 30 | CDR III, CGG I | CDR | III | Oklahoma County Home Finance Authority | Single Family Mortgage Revenue and Refunding Bonds, Tax-Exempt Series 2000A and Taxable Series 2000B | 036 | 1/12/2000 | Trinity (GE) | $20,000.00 | $0.00 | $0.00 | $17,521.15 | $37,521.15 |
| 31 | CDR III, CGG I | CDR | III | Illinois Health Facilities Authority | Revenue Bonds, Series 1999A and Variable Rate Demand Revenue Bonds, Series 1999B (Blessing Hospital) | 037 | 1/18/2000 | Trinity (GE) | $25,000.00 | $0.00 | $0.00 | $41,339.29 | $66,339.29 |
| 32 | CDR III, CGG I | CDR | III | Oklahoma Housing Development Authority | Tax Exempt Taxable Single Family Mortgage Revenue Bonds, Series 2000 | 040 | 3/8/2000 | Trinity (GE) | $2,500.00 | $0.00 | $0.00 | $4,897.12 | $7,397.12 |
| 33 | CDR III, CGG I | CDR | III | Texas Department of Housing and Community Affairs | Residential Mortgage Revenue Bonds Series 2000A | 041 | 3/8/2000 | FGIC (GE) | $16,750.00 | $0.00 | $0.00 | $0.00 | $16,750.00 |
| 34 | CDR III, CGG I | CDR | III | District of Columbia | Revenue Bonds (Public Welfare Foundation Issue) Series 2000 | 043 | 3/22/2000 | FGIC (GE) | $2,000.00 | $0.00 | $0.00 | $4,025.00 | $6,025.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | CDR III, CGG I | CDR | III | Mississippi Regional Housing Authority | Mississippi Regional Housing Authority No. VIII Multifamily Housing Revenue Bonds, Magnolia Park Apartments, Series 2000 Construction Fund | 045 | 3/31/2000 | Lehman | $6,200.00 | $0.00 | $0.00 | $408.66 | $6,608.66 |
| 36 | CDR III, CGG I | CDR | III | Massachusetts Development Finance Agency | Revenue Refunding Bonds, Penacook Place, Series 2000 | 046 | 4/5/2000 | FGIC (GE) | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 37 | CDR I | CDR | I | Mecklenburg County Public Facilities Corporation | Variable Rate Certificates of Participation (2000 Mecklenburg County - Corporation Project) Evidencing Proportionate Undivided Interests in Rights to Receive Installment Payment Pursuant to an Installment Financing Agreement with the County of Mecklenburg, North Carolina | 047 | 4/13/2000 | BOA | $11,000.00 | $0.00 | $0.00 | $0.00 | $11,000.00 |
| 38 | CDR I | CDR | I | North Carolina Educational Facilities Finance Agency | Variable Rate Educational Facilities Revenue Bonds (Charlotte Country Day School), Series 2000 | 053 | 6/7/2000 | BOA | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 39 | CDR I | CDR | I | North Carolina Educational Facilities Finance Agency | Variable Rate Educational Facilities Revenue Bonds, Series 2000, Gaston Day School (Construction Fund) | 054 | 6/8/2000 | BOA | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| 40 | CDR I | CDR | I | East Bay Delta Housing & Finance Agency | Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2000 Series A, and Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2000 Series B, and Subordinated Capital Appreciation Revenue Obligations (Lease Purchase Program) 2000 Series C | 055 | 6/13/2000 | Soc Gen | $0.00 | $2,664,717.66 | $0.00 | $0.00 | $2,664,717.66 |
| 41 | CDR I, CDR III, CGG I | CDR | I | Alameda Corridor Transportation Authority | Tax Exempt Senior Lien Revenue Bonds Series 1999A & 1999C | 057 | 6/19/2000 | BOA | $4,700.00 | $0.00 | $0.00 | $0.00 | $4,700.00 |
| 42 | CDR III, CGG I | CDR | III | Allegheny County Hospital Development Authority | Health Care Facilities Revenue Bonds, Series 1998 (Villa St. Joseph of Baden, Inc.) | 059 | 6/22/2000 | Transamerica | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 |
| 43 | CDR I, CDR III, CGG I | CDR | I | California Statewide Communities Development Authority | Revenue Bonds (Los Angeles Orthopaedic Hospital Foundation and Orthopaedic Hospital) Series 2000 | 062 | 7/13/2000 | JPMC | $40,000.00 | $0.00 | $0.00 | $0.00 | $40,000.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | CDR III, CGG I | CDR | III | Mississippi Regional Housing Authority | Mississippi Regional Housing Authority No. II Multifamily Housing Revenue Bonds, Laurel Park Apartments, Series 2000 | 063 | 7/13/2000 | AIG | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| 45 | CDR I | CDR | I | Health, Educational and Housing Facility Board of the City of Memphis | Variable Rate Demand Bonds, Series 2000 (Not for Profit Multifamily Housing Program) | 064 | 7/27/2000 | Sun America | $0.00 | $614,455.86 | $0.00 | $0.00 | $614,455.86 |
| 46 | CDR I | CDR | I | Massachusetts Development Finance Agency | Revenue Bonds, Massachusetts Biomedical Research Corporation Issue, Series C - Debt Service Reserve Fund | 065 | 7/27/2000 | Morgan Guaranty Trust Co. | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| 47 | CDR I | CDR | I | Massachusetts Development Finance Agency | Revenue Bonds, Massachusetts Biomedical Research Corporation Issue, Series C - Project Fund and Capitalized Interest | 066 | 7/27/2000 | Bear Stearns | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| 48 | CDR I | CDR | I | Suffolk County Industrial Authority | Civic Facility Revenue and Refunding Bonds (2000 New York Institute of Technology Project) | 067 | 8/25/2000 | Lehman | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 49 | CDR I | CDR | I | California Educational Facilities Authority | Variable Rate Demand Revenue Bonds (Chapman University), Series 2000 | 070 | 9/18/2000 | BOA | $3,350.00 | $0.00 | $0.00 | $0.00 | $3,350.00 |
| 50 | CDR I | CDR | I | California Infrastructure and Economic Development Bank | Revenue Bonds, Series 2000 (Asian Art Museum of San Francisco Project) (Construction Fund) | 072 | 9/20/2000 | BOA | $60,000.00 | $0.00 | $0.00 | $0.00 | $60,000.00 |
| 51 | CDR I | CDR | I | California Infrastructure and Economic Development Bank | Revenue Bonds, Series 2000 (Asian Art Museum of San Francisco Project) (Debt Service Reserve Fund) | 073 | 9/20/2000 | BOA | $60,000.00 | $0.00 | $0.00 | $0.00 | $60,000.00 |
| 52 | CDR I | CDR | I | King County, Washington | Shoreline Fire Department (Formerly known as Fire Protection District No. 4), Unlimited Tax General Obligation Bonds, Series 1997 | 075 | 9/22/2000 | BOA | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 53 | CDR I, CGG II | CDR | I | Oklahoma Housing Development Authority | Revenue Obligations (Lease Purchase Program) 2000 Series A, B | 080 | 10/26/2000 | Soc Gen | $2,500.00 | $0.00 | $0.00 | $2,270.52 | $4,770.52 |
| 54 | CDR I | CDR | I | Tulsa Industrial Authority | Variable Rate Demand Revenue Bonds, Series 2000 (NVHF - Tulsa County Housing Preservation Fund, Inc.) | 081 | 10/26/2000 | Sun America | $0.00 | $252,145.95 | $0.00 | $0.00 | $252,145.95 |
| 55 | CDR I | CDR | I | Missouri Health and Educational Facilities Authority (MOHEFA) | Health and Educational Facilities Authority of the State of Missouri, Health Facilities Revenue Bonds (St. Anthony's Medical Center) Series 2000 | 082 | 10/30/2000 | Bear Stearns | $35,000.00 | $0.00 | $0.00 | $0.00 | $35,000.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | CDR I, CDR III, CGG I | CDR | I | California Health Facilities Financing Authority | Insured Hospital Refunding Revenue Bonds (Lodi Memorial Hospital) 2000 Series A (Debt Service Fund) | 083 | 11/1/2000 | BOA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | CDR III, CGG I | CDR | III | Tarrant County Health Facilities Development Corporation | GNMA Collateralized Mortgage Loan, Eastview Nursing Home, Ebony Lake Nursing Center, Lynnhaven Nursing Center and Mission Oaks Manor Series 2000 A-1 and Taxable Series A-2 | 086 | 11/9/2000 | FGIC (GE) | $4,700.00 | $0.00 | $0.00 | $1,585.31 | $6,285.31 |
| 58 | CDR I | CDR | I | Industrial Development Corporation of Port of Chehalis, Washington | Variable Rate Demand Revenue Bonds (Cascade Hardwoods Project) Series 2000 | 089 | 11/15/2000 | BOA | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| 59 | CDR III, CGG I | CDR | III | Suffolk County Industrial Development Agency | Continuing Care Retirement Community Revenue Bonds (Peconic Landing at Southold, Inc. Project - Series 2000A, 2000B, 2000C) | 093 | 11/28/2000 | FGIC (GE) | $44,000.00 | $0.00 | $0.00 | $0.00 | $44,000.00 |
| 60 | CDR III, CGG I | CDR | III | Alabama Housing Finance Authority | Multifamily Revenue Bonds, South Bay Apartments, Series 2000K | 095 | 12/6/2000 | FGIC (GE) | $2,200.00 | $0.00 | $0.00 | $0.00 | $2,200.00 |
| 61 | CDR III, CGG I | CDR | III | The Health and Educational Facilities Board of the Metropolitan Government of Nashville and Davidson County | Multifamily Housing Revenue Bonds (Spring Branch, LLC Project) Series 2000 | 096 | 12/6/2000 | FGIC (GE) | $1,000.00 | $0.00 | $0.00 | $13,466.25 | $14,466.25 |
| 62 | CDR III, CGG I | CDR | III | Massachusetts Development Finance Agency | Variable Rate Revenue Bonds, Clark University, Series 2000 | 097 | 12/7/2000 | FGIC (GE) | $24,000.00 | $0.00 | $0.00 | $3,496.84 | $27,496.84 |
| 63 | CDR III, CGG I | CDR | III | North Central Texas Health Facilities Development Corporation | Variable Rate Revenue Bonds; Variable Rate Demand Revenue Bonds (Dallas Jewish Community Foundation Project) | 098 | 12/11/2000 | FGIC (GE) | $10,500.00 | $0.00 | $0.00 | $0.00 | $10,500.00 |
| 64 | CDR I | CDR | I | California Statewide Communities Development Authority | Solid Waste Exempt Facilities Revenue Bonds (Republic Services, Inc. Project) Series 2000 | 101 | 12/14/2000 | BOA | $12,500.00 | $0.00 | $0.00 | $0.00 | $12,500.00 |
| 65 | CDR I | CDR | I | Oklahoma County Home Finance Authority | Variable Rate Demand Revenue Bonds, Series 2000 (NVHF-Oklahoma County Housing Preservation Fund, Inc.) | 103 | 12/14/2000 | Sun America | $0.00 | $380,969.31 | $0.00 | $0.00 | $380,969.31 |
| 66 | CDR III, CGG I | CDR | III | Onondaga County Industrial Development Agency | Variable Rate Demand Solid Waste Disposal Facility Revenue Bonds (Solvay Paperboard LLC Project) Series 2000A | 104 | 12/14/2000 | FGIC (GE) | $12,500.00 | $0.00 | $0.00 | $4,207.19 | $16,707.19 |
| 67 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Variable Rate Bonds, Series 3 and Series 4 | 106 | 12/19/2000 | Trinity (GE) | $6,650.00 | $0.00 | $0.00 | $9,230.77 | $15,880.77 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | CDR III | CDR | III | Tarrant County Housing Finance Corporation | Fannie Mae Loan to DUS Lender Program - Multifamily Revenue Bonds Compass Pointe II | 109 | 12/20/2000 | FGIC (GE) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | CDR III, CGG I | CDR | III | City of Shawnee | Multifamily Housing Revenue Bonds, Series 2001 (Shawnee Station Apartment Project) | 112 | 1/18/2001 | FGIC (GE) | $11,000.00 | $0.00 | $0.00 | $0.00 | $11,000.00 |
| 70 | CDR I | CDR | I | Kent State Univeristy | General Receipt Bonds, Series 2001 (Project Fund) | 114 | 1/26/2001 | Lehman | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| 71 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series A | 116 | 2/6/2001 | Trinity (GE) | $5,300.00 | $0.00 | $0.00 | $0.00 | $5,300.00 |
| 72 | CDR III, CGG I | CGG | I | Harris County Finance Corp. | Multifamily Housing Revenue Bonds (Las Americas Apartments Project) Series 2001 | 117 | 2/13/2001 | Aegon | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 73 | CDR III, CGG I | CDR | III | Comanche County Home Finance Authority | Single Family Mortgage Revenue Refunding Bonds, Series 2001A and Series 2001B | 118 | 2/20/2001 | Trinity (GE) | $5,800.00 | $0.00 | $0.00 | $7,207.69 | $13,007.69 |
| 74 | CDR III, CGG I | CDR | III | Oklahoma County Home Finance Authority | Single Family Mortgage Revenue Bonds Series 2001A, 2001B, 2001C, 2001D | 119 | 2/20/2001 | Trinity (GE) | $24,500.00 | $0.00 | $0.00 | $11,580.39 | $36,080.39 |
| 75 | CDR III, CGG I | CDR | III | Biloxi Housing Authority | Multifamily Housing Revenue Bonds Series 2001 - Bayview Place Estates | 120 | 2/22/2001 | Aegon | $13,500.00 | $0.00 | $0.00 | $0.00 | $13,500.00 |
| 76 | CDR III, CGG I | CDR | III | Allegheny County Hospital Development Authority | Health Care Revenue Bonds (The Covenant at South Hills Project), Series 2001 | 122 | 2/26/2001 | Trinity (GE) | $55,500.00 | $0.00 | $0.00 | $0.00 | $55,500.00 |
| 77 | CDR III, CGG I | CDR | III | Housing Authority of the County of San Bernardino | Multifamily Mortgage Revenue Bonds (GNMA Collateralized - Rancho Meridian Mobile Home Park) Series 2001 | 123 | 2/27/2001 | FGIC (GE) | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 78 | CDR III, CGG I | CDR | III | Tarrant County Housing Finance Corporation | Multifamily Housing Revenue Bonds, Series 2001 (Lost Spurs Ranch Apartments Project) | 124 | 2/27/2001 | FGIC (GE) | $7,600.00 | $0.00 | $0.00 | $0.00 | $7,600.00 |
| 79 | CDR III, CGG I | CDR | III | Port Authority of Allegheny County | Special Revenue Transportation Bonds Refunding Series 2001 Construction Fund | 125 | 3/12/2001 | First Union | $5,000.00 | $0.00 | $57,400.00 | $145,777.18 | $208,177.18 |
| 80 | CDR I | CDR | I | San Diego Area Housing & Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 A and 2001 B | 126 | 3/21/2001 | Soc Gen | $0.00 | $681,791.25 | $0.00 | $0.00 | $681,791.25 |
| 81 | CDR III, CGG I | CDR | III | Alabama Housing Finance Authority | Multifamily Revenue Refunding Bonds, Park Brook & Charter East Apartments Project 2001 Series A | 127 | 3/27/2001 | FGIC (GE) | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| 82 | CDR III, CGG I | CDR | III | Texas State Affordable Housing Corp. | Multifamily Revenue Bonds Series 2001A, The Reserve Apartments | 129 | 3/28/2001 | FGIC (GE) | $16,000.00 | $0.00 | $0.00 | $0.00 | $16,000.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | CDR I, GHW II | CDR | I | Oxnard Union High School District | 2001 General Obligation Refunding Bonds, Series A | 131 | 4/19/2001 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 84 | CDR I, GHW II | CDR | I | North Carolina Educational Facilities Finance Agency | Revenue Bonds, Series 1998, Saint Augustine College (DSRF, DSF- upfront) | 132 | 4/20/2001 | First Union | $60,000.00 | $0.00 | $0.00 | $0.00 | $60,000.00 |
| 85 | CDR I | CDR | I | Riverside-San Bernardino Housing and Finance | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A, 2001 Series B | 133 | 4/24/2001 | Soc Gen | $0.00 | $564,637.50 | $0.00 | $0.00 | $564,637.50 |
| 86 | CDR III, CGG I | CDR | III | The Special Health Care Facilities Financing Authority for the City of Rainbow | First Mortgage Revenue Bonds (Regency Pointe Project) Series 2001 | 135 | 5/2/2001 | FGIC (GE) | $35,000.00 | $0.00 | $0.00 | $20,412.03 | $55,412.03 |
| 87 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series B | 136 | 5/2/2001 | Trinity (GE) | $5,500.00 | $0.00 | $0.00 | $113,590.00 | $119,090.00 |
| 88 | CDR I | CDR | I | University Care Corporation | University Lease Revenue Certificates, Series 2001A (Select Auction Variable Rate Securities) (Construction Fund) | 137 | 5/15/2001 | Lehman | $4,500.00 | $0.00 | $0.00 | $0.00 | $4,500.00 |
| 89 | CDR III, CGG I | CDR | III | Brazos County Housing Finance Corporation | Multifamily Housing Revenue Bonds, Series 2001A; Series 2001A-T | 138 | 5/16/2001 | FGIC (GE) | $2,200.00 | $0.00 | $0.00 | $4,016.80 | $6,216.80 |
| 90 | CDR III, CGG I | CDR | III | Suffolk Redevelopment and Housing Authority | Multi-family Housing Revenue Bonds, Series 2001A-B -- Hope Village Apartments | 139 | 5/23/2001 | FGIC (GE) | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 |
| 91 | CDR I | CDR | I | California Educational Facilities Authority | Refunding Revenue Bonds (Loyola Marymount University) Series 2001A | 140 | 5/24/2001 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 92 | CDR III, CGG I | CDR | III | City of Syracuse Industrial Development Agency | First Mortgage Adjustable Rate Revenue Bonds (Jewish Home of Central New York, Inc. Project) Series 2001A & 2001B | 141 | 5/24/2001 | FGIC (GE) | $20,600.00 | $0.00 | $0.00 | $7,376.26 | $27,976.26 |
| 93 | CDR III, CGG I | CDR | III | Dawnville Meadows Apartments | Fannie Mae Rate Lock Loan (Continental Wingate) | 142 | 5/24/2001 | FGIC (GE) | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 94 | CDR I | CDR | I | Massachusetts Health and Educational Facilities Authority | Tufts University Issue, Series G (Second Tranche) | 143 | 5/29/2001 | Lehman | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| 95 | CDR I | CDR | I | Pomona Unified School District | General Obligation Refunding Bonds, Series 2001 - Escrow for 1998C Refunding Bonds | 144 | 5/30/2001 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 96 | CDR I | CDR | I | Pomona Unified School District | General Obligation Refunding Bonds, Series 2001 Escrow for 1991G Refunding Bonds | 145 | 5/30/2001 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | CDR I | CDR | I | California Cities Home Ownership Authority | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and Variable Rate Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B | 146 | 6/11/2001 | Soc Gen | $0.00 | $466,607.76 | $0.00 | $0.00 | $466,607.76 |
| 98 | CDR I, GHW II | GHW | II | Educational Facilities Authority for Private Nonprofit Colleges of Higher Learning (Columbia College) | Educational Facilities Revenue Bonds (Columbia College Project) Series 2001 | 147 | 6/19/2001 | BOA | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| 99 | CDR III, CGG I | CDR | III | Health and Educational Facilities Authority of the State of Missouri | Educational Facilities Revenue Bonds (St. Louis College of Pharmacy) Series 2001 | 148 | 6/19/2001 | FGIC (GE) | $48,000.00 | $0.00 | $0.00 | $60,588.75 | $108,588.75 |
| 100 | CDR I | CDR | I | District of Columbia | University Revenue Bonds (The George Washington University Issue) Series 2001A | 149 | 6/20/2001 | Lehman | $14,067.00 | $0.00 | $0.00 | $0.00 | $14,067.00 |
| 101 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series C | 152 | 6/21/2001 | Trinity (GE) | $5,500.00 | $0.00 | $0.00 | $64,700.93 | $70,200.93 |
| 102 | CDR I | CDR | I | The Public Building Authority of the City of Clarksville, Tennessee | Adjustable Rate Pooled Financing Revenue Bonds, Series 2001 (Tennessee Municipal Bond Fund) | 155 | 7/16/2001 | JPMC | $0.00 | $377,126.46 | $0.00 | $0.00 | $377,126.46 |
| 103 | CDR I | CDR | I | Clark County School District Number 161 | Qualified Zone Academy Bonds, Series 2001 | 156 | 7/17/2001 | BOA | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| 104 | CDR I | CDR | I | Missouri Health and Educational Facilities Authority (MOHEFA) | Health Facilities Revenue Bonds, Short-Term Adjustable Rate Securities, Sisters of Mercy Health System | 158 | 7/24/2001 | Bear Stearns | $102,000.00 | $0.00 | $0.00 | $0.00 | $102,000.00 |
| 105 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series D | 161 | 8/7/2001 | Trinity (GE) | $5,000.00 | $0.00 | $0.00 | $80,479.48 | $85,479.48 |
| 106 | CDR I | CDR | I | Missouri Health and Educational Facilities Authority (MOHEFA) | School District Direct Deposit Agreement (Pool 10) | 165 | 8/21/2001 | JPMC | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| 107 | CDR I | CDR | I | Illinois Development Finance Authority | Variable Rate Demand Revenue Bonds (WTVP Channel 47 Project) Tax Exempt Series 2001-A | 166 | 8/23/2001 | BOA | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 108 | CDR I, GHW II | CDR | I | Okmulgee Public Works Authority | Capital Improvement Revenue Bonds, Series 2001. Consisting of: Capital Improvement Revenue Bonds, Series 2001A, 2001B | 167 | 8/24/2001 | Bear Stearns | $18,000.00 | $0.00 | $0.00 | $0.00 | $18,000.00 |
| 109 | CDR I | CDR | I | Oxnard School District | County of Ventura General Obligation Refunding Bonds, Series 2001A | 168 | 8/29/2001 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 110 | CDR I | CDR | I | City of Boynton Beach, FL | Utility System Revenue Refunding Bonds, Series 2002 (DSRF) | 169 | 9/17/2001 | BOA | $15,000.00 | $0.00 | $0.00 | $0.00 | $15,000.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | CDR I | CDR | I | Dallas Independent School District | Qualified Zone Academy Maintenance Tax Notes, Series 2001 | 171 | 9/26/2001 | BOA | $30,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 |
| 112 | CDR III, CGG I, CGG IV, GHW IV | GHW | IV | Commonwealth of Puerto Rico | Commonwealth of Puerto Rico Public Improvement Bonds of 2002, Series A and Public Improvement Refunding Bonds, Series 2002 A (General Obligation Bonds) | 173 | 10/10/2001 | Trinity (GE) | $400,000.00 | $0.00 | $0.00 | $0.00 | $400,000.00 |
| 113 | CDR I, CDR II, CGG V, GHW II | CDR | I | California Infrastructure and Economic Development Bank | Revenue Bonds Series 2001, (The J. David Gladstone Institutes Project) (DSRF) | 174 | 10/23/2001 | BOA | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 114 | CDR I, GHW II | CDR | I | City of Clearwater, Florida | Improvement Revenue Refunding Bonds, Series 2001 | 175 | 10/23/2001 | BOA | $6,500.00 | $0.00 | $0.00 | $0.00 | $6,500.00 |
| 115 | CDR I | CDR | I | West Contra Costa Unified School District | General Obligation Refunding Bond Series 2001A | 176 | 10/24/2001 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 116 | CDR I | CDR | I | West Contra Costa Unified School District | General Obligation Refunding Bond, Series 2001B | 177 | 10/24/2001 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 117 | CDR I, CDR II. CGG V | CDR | I | New Jersey Health Care Facilities Financing Authority | Revenue Bonds, Meridian Health System Obligated Group Issue, Series 1999 | 178 | 10/29/2001 | FSA | $60,000.00 | $0.00 | $23,000.00 | $0.00 | $83,000.00 |
| 118 | CDR II, CGG V | CDR | II | Urban Residential Finance Authority of the City of Atlanta | Multifamily Senior Housing Revenue Bonds Allen Temple Apartment Series 2001A | 180 | 11/14/2001 | FSA | $8,100.00 | $0.00 | $0.00 | $0.00 | $8,100.00 |
| 119 | CDR II, CGG V | CDR | II | Western Placer Unified School District Financing Corporation | Convertible Capital Appreciation Certificates of Participation (2001 Land Acquisition Program) | 181 | 11/14/2001 | FSA | $8,100.00 | $0.00 | $0.00 | $0.00 | $8,100.00 |
| 120 | CDR II, CGG V | CDR | II | Maryland Economic Development Corporation | Revenue Bonds, Series 2001 (Anne Arundel County) | 188 | 11/30/2001 | FSA | $11,000.00 | $0.00 | $0.00 | $0.00 | $11,000.00 |
| 121 | CDR I | CDR | I | Housing Authority of Fulton County, Georgia | Variable Rate Demand Bonds, Series 2001 (Legacy Community Partnership, Inc.) | 190 | 12/12/2001 | Sun America | $0.00 | $587,870.49 | $0.00 | $0.00 | $587,870.49 |
| 122 | CDR I, CDR II | CDR | I | California Communities Housing & Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B (Float Fund) | 191 | 12/13/2001 | Soc Gen | $0.00 | $113,418.00 | $0.00 | $0.00 | $113,418.00 |
| 123 | CDR I, CDR II, CGG V | CDR | I | Harrisonburg Redevelopment and Housing Authority | Variable Rate Lease Purchase Revenue Bonds 2001 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds Series B (Float Fund) | 192 | 12/13/2001 | Soc Gen | $0.00 | $233,590.00 | $0.00 | $0.00 | $233,590.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 | CDR I, CGG V | CDR | I | Pacific Housing and Finance Agency | Variable Rate Lease Revenue Pass-Through Obligation 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B (Program) | 194 | 12/13/2001 | Soc Gen | $0.00 | $140,850.00 | $0.00 | $0.00 | $140,850.00 |
| 125 | CDR I | CDR | I | Director of the State of Nevada Department of Business and Industry | Variable Rate Solid Waste Disposal Revenue Bonds (Republic Services, Inc. Project) Series 2001 | 196 | 12/18/2001 | BOA | $12,500.00 | $0.00 | $0.00 | $0.00 | $12,500.00 |
| 126 | CDR III, CGG I | CDR | III | San Diego Family Housing, LLC | Military Housing Revenue Obligations, Series 2001A | 197 | 12/21/2001 | FGIC (GE) | $70,000.00 | $0.00 | $0.00 | $0.00 | $70,000.00 |
| 127 | CDR I, CDR II, CGG V | CDR | I | California Educational Facilities Authority | Revenue Bonds Series 2002A; Variable Rate Demand Revenue Bonds (Santa Clara University) Series 2002B | 199 | 1/17/2002 | BOA | $8,000.00 | $0.00 | $0.00 | $0.00 | $8,000.00 |
| 128 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Bonds, 2002 Series A | 200 | 1/17/2002 | Trinity (GE) | $3,600.00 | $0.00 | $0.00 | $106,354.91 | $109,954.91 |
| 129 | CDR II | CDR | II | Pacific Housing and Finance Agency | Variable Rate Lease Revenue Pass-Through Obligation (Lease Purchase Program) 2001 Series A and B | 201 | 1/24/2002 | Soc Gen | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 130 | CDR II, CGG V | CDR | II | Puerto Rico Highway and Transportation Authority | Transportation Revenue Bonds (Series D) | 202 | 1/24/2002 | Salomon SB | $22,000.00 | $0.00 | $0.00 | $0.00 | $22,000.00 |
| 131 | CDR I | CDR | I | Pulaski County, Arkansas | Variable Rate Lease Purchase Revenue Bonds 2002 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds 2002 Series B (Float Fund) | 203 | 1/24/2002 | Soc Gen | $0.00 | $172,000.00 | $0.00 | $0.00 | $172,000.00 |
| 132 | CDR I | CDR | I | Pulaski County, Arkansas | Variable Rate Lease Purchase Revenue Bonds 2002 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds 2002 Series B (Program Fund) | 204 | 1/24/2002 | Soc Gen | $0.00 | $86,000.00 | $0.00 | $0.00 | $86,000.00 |
| 133 | CDR III, CGG I, CGG IV, GHW IV | GHW | IV | Colorado Health Facilities Authority | $350,000,000.00, Colorado Health Facilities Authority, Kentucky Economic Development Finance Authority, Montgomery County, Ohio (Catholic Health Initiatives, 2001A Revenue Bonds) | 205 | 1/28/2002 | Trinity (GE) | $25,000.00 | $0.00 | $0.00 | $78,455.31 | $103,455.31 |
| 134 | CDR I | CDR | I | Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority | Higher Education Refunding Revenue Bonds, Series 2002 (Ana G. Mendez University System Project), (Debt Service Reserve Fund) | 206 | 2/12/2002 | Lehman | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | CDR I | CDR | I | Rhode Island Health and Education Building Corporation | Higher Education Facility Revenue Bonds, Rhode Island School of Design, Series 2001 | 207 | 3/1/2002 | Bear Stearns | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 |
| 136 | CDR I | CDR | I | Educational Facilities Authority For Nonprofit Colleges of Higher Learning, SC | Capital Improvement and Refunding Revenue Bonds, Series 2002 (Benedict College) (Debt Service Deposit Agreement) | 213 | 3/21/2002 | First Union | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 137 | CDR I | CDR | I | Educational Facilities Authority For Nonprofit Colleges of Higher Learning, SC | Capital Improvement and Refunding Revenue Bonds, Series 2002 (Benedict College) (Debt Service Reserve Fund) | 214 | 3/21/2002 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 138 | CDR I | CDR | I | Harris County Health Facilities Development Corporation | Harris County Health Facilities Development Corporation Revenue Bonds (Young Men's Christian Association of the Greater Houston Area) Series 1999 | 216 | 4/1/2002 | JPMC | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 139 | CDR I | CDR | I | The Public Building Authority of the County of Montgomery, Tennessee | Adjustable Rate Pooled Financing Revenue Bonds, Series 2002 (Tennessee County Loan Pool) | 218 | 4/5/2002 | Wachovia | $0.00 | $100,979.23 | $0.00 | $0.00 | $100,979.23 |
| 140 | CDR I, CDR II, CGG V | CDR | I | Industrial Development Authority of the County of Pima | Variable Rate Lease Purchase Revenue Bonds, Series 2002 | 220 | 4/18/2002 | Soc Gen | $0.00 | $174,389.50 | $0.00 | $0.00 | $174,389.50 |
| 141 | CDR III, CGG I | CDR | III | Michigan State Housing Development Authority | Limited Obligation Multifamily Housing Revenue Bonds, Series 2002A (Parkview Place Apartments) | 224 | 4/25/2002 | CDC | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 142 | CDR III, CGG I | CDR | III | Michigan State Housing Development Authority | Ltd Obligation Multifamily Housing Revenue Bonds Series 2002 A (Huntley Villas Apartments); Taxable Ltd Obligation Multifamily Housing Revenue Bonds - Series 2002 A (Huntley Villas Apartments) | 226 | 4/26/2002 | CDC | $2,100.00 | $0.00 | $0.00 | $0.00 | $2,100.00 |
| 143 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Bonds, 2002 Series C | 229 | 5/2/2002 | CDC | $5,500.00 | $0.00 | $0.00 | $0.00 | $5,500.00 |
| 144 | CDR I | CDR | I | California Educational Facilities Authority | Variable Rate Demand Revenue Refunding Bonds, (Art Center College of Design) 2002 Series B | 230 | 5/7/2002 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 145 | CDR I | CDR | I | West Covina Unified School District | General Obligation Refunding Bonds, Series 2002A | 231 | 5/23/2002 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 146 | CDR I, GHW II | CDR | I | Centinela Valley Unified School District | General Obligation Refunding Bonds, Series 2002A | 232 | 6/4/2002 | UBS | $10,000.00 | $0.00 | $65,000.00 | $0.00 | $75,000.00 |
| 147 | CDR I, CDR II, CGG V | CGG | V | Mississippi Home Corporation | Lease Purchase Revenue Bonds, Series 2002 | 233 | 6/12/2002 | Soc Gen | $0.00 | $153,869.54 | $0.00 | $0.00 | $153,869.54 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | CDR II, CGG V | CDR | II | Utah Housing Corporation | Single Family Mortgage Variable Rate Bonds, 2002 Series 1 Term Bonds and 2002 Series 2 Bonds | 234 | 6/12/2002 | Bayerische Landesbank | $9,750.00 | $0.00 | $0.00 | $0.00 | $9,750.00 |
| 149 | CDR I, GHW II | CDR | I | San Gabriel Unified School District | California Election of 2002 General Obligation Bonds, Series A | 235 | 6/17/2002 | UBS | $3,200.00 | $0.00 | $0.00 | $0.00 | $3,200.00 |
| 150 | CDR I | CDR | I | New Jersey Transit Corporation | Certificates of Participation (Series 2002A), and Subordinated Certificates of Participation (Series 2002B) | 241 | 6/20/2002 | BOA | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 151 | CDR I | CDR | I | Regional Transit Authority, New Orleans, LA | Certificates of Participation Evidencing Ownership Interests in Rental Payments to be made Pursuant to a Lease-Purchase Agreement by and between the Regional Transit Authority as lessee and Willow Leasing LLC as lessor (Float) | 242 | 6/20/2002 | Bear Stearns | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 152 | CDR I, GHW II | GHW | II | City of Bridgeport, Connecticut | General Obligation Refunding Bonds 2002 Series A | 245 | 6/27/2002 | UBS | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 153 | CDR I, CDR II, CGG II, CGG V | CDR | I | McAlester Public Works Authority | Utility System Revenue Bonds, Series 2002 | 246 | 6/27/2002 | FSA | $31,000.00 | $0.00 | $42,600.00 | $5,000.00 | $78,600.00 |
| 154 | CDR II, CGG V | CDR | II | Tampa Port Authority (Hillsborough County Port District) | Series 2002 A & B Tampa Port Authority Project | 248 | 7/2/2002 | FSA | $22,820.00 | $0.00 | $0.00 | $7,575.31 | $30,395.31 |
| 155 | CDR II, CGG V | CDR | II | Commonwealth of Puerto Rico | Public Improvement Refunding Bonds Series 2003 | 249 | 7/16/2002 | Trinity (GE) | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| 156 | CDR I, CDR II, CGG V | CDR | II | Industrial Development Authority of the County of Cape Girardeau, Missouri | Health Facilities Revenue Bonds (Southeast Missouri Hospital Association) Series 2002 | 250 | 7/16/2002 | FSA | $23,000.00 | $0.00 | $8,500.00 | $0.00 | $31,500.00 |
| 157 | CDR II, CGG V | CDR | II | Suffolk County Industrial Development Agency | Continuing Care Retirement Community Fixed Mortgage Fixed Rate Revenue Bonds (Jefferson's Ferry Project) Series 1999A, 1999B-1, and 1999B-2 | 251 | 7/18/2002 | Bayerische Landesbank | $8,000.00 | $0.00 | $0.00 | $0.00 | $8,000.00 |
| 158 | CDR I, GHW II | CDR | I | Vallejo City Unifed School District | General Obligation Refunding Bonds, Series 2002A | 254 | 8/14/2002 | UBS | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 159 | CDR I, CDR II, CGG V, GHW II | CDR | I | Allegheny County Airport Authority | Series 2002 AMT Airport Revenue Refunding Bonds | 255 | 8/16/2002 | Lehman | $77,500.00 | $0.00 | $0.00 | $0.00 | $77,500.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | CDR II, CGG V | CDR | II | Missouri Health and Educational Facilities Authority (MOHEFA) | Missouri Health and Educational Facilities Authority of the State of Missouri, School District Direct Deposit Agreement (Pool 11) (Debt Service Fund) | 256 | 8/16/2002 | FSA | $34,000.00 | $0.00 | $475,000.00 | $0.00 | $509,000.00 |
| 161 | CDR II, CGG V | CDR | II | Houston Housing Finance Corporation | Multifamily Housing Revenue Bonds, Emerald Bay Apartments, Series 2002A and 2002B | 259 | 9/18/2002 | FSA | $3,100.00 | $0.00 | $0.00 | $0.00 | $3,100.00 |
| 162 | CDR I, GHW II | CDR | I | Pleasant Valley Unified Scholol District | 2002 General Obligation Refunding Bonds, Series 2002A | 261 | 9/23/2002 | UBS | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 163 | CDR II, CGG V | CDR | II | The Board of Port Commissioners of the City of Oakland | Refunding Revenue Bonds Series N (AMT) | 263 | 9/26/2002 | FSA | $7,500.00 | $0.00 | $25,000.00 | $0.00 | $32,500.00 |
| 164 | CDR I, CDR II, CGG V, GHW II | CDR | I | Hospital Authority of Forsyth County | Revenue Anticipation Certificates (Georgia Baptist Health Care System, Inc. Project) Series 1998. | 264 | 9/27/2002 | UBS | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 165 | CDR II, CGG V | CDR | II | The Board of Port Commissioners of the City of Oakland | Board of Port Commissioners of the City of Oakland, California | 266 | 10/8/2002 | FSA | $7,500.00 | $0.00 | $59,000.00 | $0.00 | $66,500.00 |
| 166 | CDR II, CGG V | CDR | II | Michigan State Housing Development Authority | Limited Obligation MFH Revenue Bonds Series 2002A Edgewood Villas | 269 | 10/31/2002 | AIG | $3,500.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| 167 | CDR II, CGG V | CDR | II | Texas Department of Housing and Community Affairs | Multifamily Housing Mortgage Revenue Bonds (Hickory Trace Apartments) Series 2002 | 270 | 11/6/2002 | Aegon | $3,500.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| 168 | CDR I, CDR II, CGG V | CDR | I | Fresno Unified School District | General Obligation Refunding Bonds, Series 2002 | 272 | 11/18/2002 | UBS | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 169 | CDR II, CGG V | CDR | II | Housing Authority of Fulton County | Collateralized Mortgage Loan - Etheridge Court Apartments Project Phase II | 277 | 12/9/2002 | Bayerische Landesbank | $3,300.00 | $0.00 | $0.00 | $0.00 | $3,300.00 |
| 170 | CDR II, CGG V | CDR | II | Texas Department of Housing and Community Affairs | Residential Mortgage Revenue Bonds, Series 2002B (AMT) | 280 | 12/11/2002 | AIG | $8,000.00 | $0.00 | $0.00 | $0.00 | $8,000.00 |
| 171 | CDR II, CGG V | CDR | II | Massachusetts Development Finance Agency | Revenue Bonds, Series 2003, Massachusetts College of Pharmacy and Allied Health Sciences Issue, Series 2003 | 282 | 2/5/2003 | FSA | $13,000.00 | $0.00 | $0.00 | $2,277.63 | $15,277.63 |
| 172 | CDR I, CDR II, CGG V | CDR | I | ABAG Finance Authority for Nonprofit Corporations | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2003 Series A | 284 | 3/6/2003 | Soc Gen | $0.00 | $292,754.53 | $0.00 | $0.00 | $292,754.53 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | CDR II, CGG V | CDR | II | County Of Franklin | Hospital Facilities Revenue Bond Series 2003A (Ohio Health Corporation) (Auction Rate Securities) -- Hospital Facilities Revenue Bond Series 2003B (Ohio Health Corporation) (Auction Rate Securities) | 285 | 3/6/2003 | Salomon | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| 174 | CDR II, CGG V | CDR | II | Norwin School District, Westmoreland and Allegheny Counties | General Obligation Bonds, Series of 2000 | 287 | 3/11/2003 | MBIA | $4,400.00 | $0.00 | $0.00 | $0.00 | $4,400.00 |
| 175 | CDR II, CGG V | CDR | II | West Virginia Economic Development Authority | West Virginia Economic Development Authority, Lease Revenue Bonds (Correctional) Juvenile and Public Safety Facilities 2003 Series A | 288 | 3/13/2003 | FSA | $5,600.00 | $0.00 | $0.00 | $0.00 | $5,600.00 |
| 176 | CDR II, CGG V | CDR | II | Board of Governors of Fairmont State College | College Facilities Revenue Bonds, Series 2003A; Student Activity Revenue Bonds Series 2003B | 289 | 3/20/2003 | FSA | $15,100.00 | $0.00 | $15,000.00 | $0.00 | $30,100.00 |
| 177 | CDR I, GHW II | CDR | I | City of Stamford, Connecticut | General Obligation Refunding Bonds Issue of 2003 | 290 | 3/20/2003 | UBS | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 178 | CDR II, CGG V | CDR | II | Port Authority of Allegheny County | Special Revenue Transportation Bonds Refunding Series of 2001 | 291 | 3/25/2003 | Trinity (GE) | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 |
| 179 | CDR I, CDR II, CGG V | CDR | I | The Regents of The University of New Mexico | Refunding And Improvement Revenue Bonds, Series 2003A (DSRF) | 292 | 4/3/2003 | JPMC | $11,900.00 | $0.00 | $0.00 | $0.00 | $11,900.00 |
| 180 | CDR II, CGG V | CDR | II | South Jersey Transportation Authority | Transportation System Revenue Bonds Series 1999 | 295 | 4/21/2003 | FSA | $8,500.00 | $0.00 | $0.00 | $2,000.00 | $10,500.00 |
| 181 | CDR II, CGG V | CDR | II | The Edmond Public Works Authority | Sales Tax and Utility System Revenue Bonds, Series 2001 and Series 2003 | 296 | 4/25/2003 | Bear Stearns | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 |
| 182 | CDR II, CGG V | CDR | II | County of Westchester Industrial Development Agency | Continuing Care Retirement Community Revenue Bonds, Series 2003, Kendal on Hudson | 297 | 4/29/2003 | Bayerische Landesbank | $47,500.00 | $0.00 | $0.00 | $0.00 | $47,500.00 |
| 183 | CDR III, CGG I | CDR | III | San Diego Family Housing, LLC | Military Housing Revenue Obligations, Series 2003 | 298 | 5/5/2003 | Trinity (GE) | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 |
| 184 | CDR II, CGG V | CDR | II | Denton County Housing Finance Corporation | Multifamily Housing Revenue Bonds (Quail Creek Apartments Project) Series 2003; Taxable Multifamily Housing Mortgage Revenue Bonds (Quail Creek Apartments Project Series 2003-T) | 299 | 5/13/2003 | FSA | $4,100.00 | $0.00 | $0.00 | $0.00 | $4,100.00 |
| 185 | CDR II, CGG V | CDR | II | Housing Authority of the City of McDonough | Multifamily Housing Revenue Bonds (Woodlawn Park Apartments Project), Series 2003 | 300 | 5/13/2003 | FSA | $3,600.00 | $0.00 | $0.00 | $0.00 | $3,600.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 186 | CDR I | CDR | I | Pottawatomie County Development Authority | Water Revenue Bonds, Series 2003 (North Deer Creek Reservoir Project) | 302 | 5/29/2003 | Bear Stearns | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 187 | CDR II, CGG V | CDR | II | Harris County Housing Finance Corporation | Harris County Housing Finance Corporation Multifamily Housing Mortgage Revenue Bonds (Shadow Ridge Apartments) Series 2003 | 304 | 6/13/2003 | FSA | $2,850.00 | $0.00 | $0.00 | $0.00 | $2,850.00 |
| 188 | CDR II, CGG V | CDR | II | Maryland Economic Development Corporation | Student Housing Revenue Bonds (Bowie State University Project) Series 2003 | 305 | 6/26/2003 | FSA | $12,800.00 | $0.00 | $0.00 | $0.00 | $12,800.00 |
| 189 | CDR II, CGG V | CDR | II | Turlock Public Financing Authority | Revenue Bonds | 307 | 8/12/2003 | FSA | $19,000.00 | $0.00 | $0.00 | $0.00 | $19,000.00 |
| 190 | CDR II, CGG V | CDR | II | Missouri Health and Educational Facilities Authority (MOHEFA) | School District Direct Deposit Agreement #12 | 309 | 8/26/2003 | FSA | $150,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 |
| 191 | CDR I | CDR | I | The Industrial Development Authority of the County of Yavapai | Hospital Revenue Bonds (Yavapai Regional Medical Center) Series 2003A;  Auction Rate Revenue Bonds (Yavapai Regional Medical Center) Series 2003B (DSRF) | 310 | 8/26/2003 | GE | $21,000.00 | $0.00 | $0.00 | $0.00 | $21,000.00 |
| 192 | CDR III, CGG I | CDR | III | Utah Housing Corporation | Single Family Mortgage Bonds, 2003 Series F | 312 | 9/10/2003 | Transamerica | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 193 | CDR III, CGG I | CDR | III | Camp Pendleton and Quantico Military Housing, LLC | Military Housing Revenue Obligations Series 2003A | 315 | 10/1/2003 | Trinity (GE) | $325,000.00 | $0.00 | $0.00 | $31,145.29 | $356,145.29 |
| 194 | CDR II, CGG V | CDR | II | West Virginia Water Development Authority acting on behalf of the West Virginia Infrastructure and Jobs Development Council and the State of WV | Infrastructure Revenue Bonds, 2000 Series A | 317 | 10/23/2003 | FSA | $44,000.00 | $0.00 | $4,500.00 | $63,549.39 | $112,049.39 |
| 195 | CDR II, CGG V | CDR | II | Pennsylvania Housing Finance Agency | Single Family Mortgage Revenue Bonds Draw Down Series 2003-A | 320 | 11/17/2003 | FSA | $280,000.00 | $0.00 | $0.00 | $0.00 | $280,000.00 |
| 196 | CDR II, CGG V | CDR | II | Michigan State Housing Development Authority | Single Family Mortgage Revenue Bonds Fixed Rate Bonds, 2003 Series B(AMT); $26,820,000 Tax Exempt Variable Rate Bonds, 2003 Series C (AMT); Taxable Variable Rate Bonds, 2003 Series D (Federally Taxable) | 321 | 11/19/2003 | Security Life | $11,360.00 | $0.00 | $0.00 | $0.00 | $11,360.00 |
| 197 | CDR II, CGG V | CDR | II | The Industrial Development Authority of the County of Platte | The Industrial Development Authority of the County of Platte, Missouri Transportation Revenue Bonds (Zona Rosa Project) Series 2003 | 322 | 1/15/2004 | FSA | $23,850.00 | $0.00 | $0.00 | $0.00 | $23,850.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 198 | CDR II, CGG V | CDR | II | West Virginia Economic Development Authority | Excess Lottery Revenue Bonds (Federally Taxable) Series 2004 | 324 | 1/23/2004 | XL Asset | $124,000.00 | $0.00 | $0.00 | $0.00 | $124,000.00 |
| 199 | CDR I | CDR | I | Pismo Beach Public Finance Authority | 2004 Revenue Bonds, Series A (Wastewater Project) Bank Qualified | 328 | 4/6/2004 | Piper Jaffray | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 200 | CDR II, CGG V | CDR | II | The Industrial Development Authority of Kansas City | Revenue Bonds, Series 2004, Plaza Library Project | 330 | 4/21/2004 | CDC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 201 | CDR I, GHW II | CDR | I | San Jose - Evergreen Community College District | Crossover Refunding Election of 1998 General Obligation Bonds, Series A, B, C, D | 331 | 4/23/2004 | UBS | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 |
| 202 | CDR II, CDR III, CGG I, CGG V | CDR | II | Maine State Housing Authority | Cumulative Aggregate Amount of General Housing Draw Down Bonds Series 2004-A (Non-AMT) and Series 2004B (AMT) | 335 | 5/20/2004 | Trinity (GE) | $25,000.00 | $0.00 | $0.00 | $271,187.66 | $296,187.66 |
| 203 | CDR II, CGG V | CDR | II | Texas Department of Housing and Community Affairs | Variable Rate Demand Multifamily Housing Revenue Bonds (Bristol Apartments) Series 2004 | 336 | 5/20/2004 | FSA | $3,550.00 | $0.00 | $0.00 | $0.00 | $3,550.00 |
| 204 | CDR II, CGG V | CDR | II | Texas Department of Housing and Community Affairs | Variable Rate Demand Multifamily Housing Revenue Bonds (Montgomery Pines Apartments) Series 2004 | 337 | 5/20/2004 | FSA | $3,400.00 | $0.00 | $0.00 | $730.82 | $4,130.82 |
| 205 | CDR II, CGG V | CDR | II | Texas Department of Housing and Community Affairs | Variable Rate Demand Multifamily Housing Revenue Bonds (Pinnacle Apartments) Series 2004 | 338 | 5/20/2004 | FSA | $3,800.00 | $0.00 | $0.00 | $2,192.46 | $5,992.46 |
| 206 | CDR II, CGG V | CDR | II | State of West Virginia School Building Authority | West Virginia School Building Authority, Lottery Capital Improvement Revenue Bonds, Series 2004 | 341 | 6/22/2004 | FSA | $155,000.00 | $0.00 | $55,000.00 | $108,982.73 | $318,982.73 |
| 207 | CDR III, CGG I | CDR | III | The Public Building Authority of the City of Clarksville | Adjustable Rate Pooled Financing Revenue Bonds, Series 2004 (Tennessee Municipal Bond Fund) | 343 | 6/24/2004 | Trinity (GE) | $30,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 |
| 208 | CDR III, CGG I | CDR | III | The Public Building Authority of the County of Montgomery | Adjustable Rate Pooled Financing Revenue Bonds, Series 2004 (Tennessee County Loan Pool) | 344 | 6/24/2004 | Trinity (GE) | $30,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 |
| 209 | CDR II, CGG V | CDR | II | The Municipal Authority of the City of Bristow | Utility System Refunding Revenue Bonds, Series 2004 | 345 | 7/15/2004 | Bayerische Landesbank | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 210 | CDR II, CGG V | CDR | II | California Statewide Communities Development Authority | Multifamily Housing Revenue Bonds Series 2004EE (Ranch Santa Fe Village Project) | 346 | 7/21/2004 | FSA | $26,000.00 | $0.00 | $0.00 | $0.00 | $26,000.00 |

| No. | Count(s) | Indictment | Count | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Broker Fee | Kickback | Swap Fee | Fraudulently-Lowered Interest Rates | Total Reported Fees/Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | CDR II, CGG V | CDR | II | West Virginia Economic Development Authority | Lease Revenue Bonds (Correctional, Juvenile and Public Safety Facilities) 2004 Series A<br><br>Taxable Lease Revenue Bonds (Correctional, Juvenile and Public Safety Facilities) 2004 Series B | 348 | 8/27/2004 | FSA | $30,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 |
| 212 | CDR II, CGG V | CDR | II | State of West Virginia Higher Education Policy Commission | Revenue Bonds (Higher Education Facilities) 2004 Series B | 349 | 9/8/2004 | FSA | $143,000.00 | $0.00 | $0.00 | $0.00 | $143,000.00 |
|  |  | TOTAL |  |  |  |  |  |  | $4,271,672.00 | $11,691,595.83 | $830,000.00 | $1,317,495.76 | $18,110,763.59 |