| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CDR I | Onondaga County Industrial Development Agency | Solid Waste Disposal Facility Revenue Bonds, Series 1997 (Solvay Paperboard II, LP Project) | 003 | 10/14/1998 | Bear Stearns | * | * | | | | | | $10,000.00 |
| 2 | CDR I | Harrisonburg Redevelopment and Housing Authority | Lease Purchase Revenue Bonds, Series A & Subordinated Series B, Lease to Own | 004 | 2/22/1999 | Soc Gen | * | * | | | | | | $290,444.03 |
| 3 | CDR I | Industrial Development Authority of Albemarle County, VA (Westminster-Canterbury) | Residential Care Facility Mortgage Revenue Bonds (Westminster-Canterbury of the Blue Ridge), Series 1999 (DSRF) | 007 | 3/25/1999 | Wells Fargo | * | * | | | | | | $10,850.00 |
| 4 | CDR I | Public Building Authority of the City of Clarksville, Tennessee | Adjustable Rate Pooled Financing Revenue Bonds, Series 1999 (Tennessee Municipal Bond Fund) | 009 | 5/25/1999 | Morgan Guaranty Trust Co. | * | * | | | | | | $81,352.97 |
| 5 | CDR I | City of Hoopeston | Hospital Capital Improvement and Refunding Revenue Bonds (Hoopeston Community Memorial Hospital Project), Series 1999 | 010 | 6/2/1999 | BOA | * | * | | | | | | $5,000.00 |
| 6 | CDR I | Harris County Health Facilities Development Corporation | Young Men's Christian Association of Greater Houston Area, Series 1999 | 012 | 8/4/1999 | JPMC | * | * | | | | | | $15,000.00 |
| 7 | CDR III, CGG I | Florida Housing Finance Corporation | Housing Revenue Bonds, 1999 Series I-1 and Taxable Housing Revenue Bonds 1999 Series I-2 (Heritage Pointe Apartments) | 016 | 8/30/1999 | Trinity (GE) | * | * | | | * | * | * | $4,676.60 |
| 8 | CDR I | The Public Building Authority of the County of Montgomery, Tennessee | Adjustable Rate Pooled Financing Revenue Bonds, Series 1999 (Tennessee County Loan Pool) | 017 | 9/8/1999 | Soc Gen | * | * | | | | | | $906,055.05 |
| 9 | CDR III, CGG I | Mississippi Home Corporation | Multifamily Housing Adjustable/Fixed Rate Revenue Refunding Bonds (Summer Park Apartments) Series 1999d-1 and Series 1999d-2 | 024 | 11/5/1999 | FGIC (GE) | * | * | | | * | * | * | $16,507.74 |
| 10 | CDR I | Capital Trust Agency | Variable Rate Demand Multi-Family Housing Revenue Bonds (Community Loan Program), Series 1999A | 025 | 11/18/1999 | Sun America | * | * | | | | | | $1,692,902.36 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CDR III, CGG I | Massachusetts Development Finance Agency | Assisted Living Facility Revenue Bonds (The Monastery at West Springfield Project) Series 1999 | 032 | 12/15/1999 | Bayerische Landesbank | * | * | | | * | * | * | $4,440.82 |
| 12 | CDR I | North Carolina Educational Facilities Finance Agency | Variable Rate Educational Facilities Bonds (Providence Day School), Series 1999 (Construction Fund) | 035 | 1/5/2000 | BOA | * | * | | | | | | $2,137.11 |
| 13 | CDR III, CGG I | Illinois Health Facilities Authority | Revenue Bonds, Series 1999A and Variable Rate Demand Revenue Bonds, Series 1999B (Blessing Hospital) | 037 | 1/18/2000 | Trinity (GE) | * | * | | | * | * | * | $9,779.20 |
| 14 | CDR III, CGG I | Mississippi Regional Housing Authority | Mississippi Regional Housing Authority No. VIII Multifamily Housing Revenue Bonds, Magnolia Park Apartments, Series 2000 Construction Fund | 045 | 3/31/2000 | Lehman | * | * | | | * | * | * | $276.77 |
| 15 | CDR I | North Carolina Educational Facilities Finance Agency | Variable Rate Educational Facilities Revenue Bonds, Series 2000, Gaston Day School (Construction Fund) | 054 | 6/8/2000 | BOA | * | * | * | | | | | $2,500.00 |
| 16 | CDR I | East Bay Delta Housing & Finance Agency | Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2000 Series A, and Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2000 Series B, and Subordinated Capital Appreciation Revenue Obligations (Lease Purchase Program) 2000 Series C | 055 | 6/13/2000 | Soc Gen | * | * | * | | | | | $2,308,480.83 |
| 17 | CDR III, CGG I | Allegheny County Hospital Development Authority | Health Care Facilities Revenue Bonds, Series 1998 (Villa St. Joseph of Baden, Inc.) | 059 | 6/22/2000 | Transamerica | * | * | * | | * | * | * | $9,608.45 |
| 18 | CDR I | Health, Educational and Housing Facility Board of the City of Memphis | Variable Rate Demand Bonds, Series 2000 (Not for Profit Multifamily Housing Program) | 064 | 7/27/2000 | Sun America | * | * | * | | | | | $614,455.86 |
| 19 | CDR I | Massachusetts Development Finance Agency | Revenue Bonds, Massachusetts Biomedical Research Corporation Issue, Series C - Debt Service Reserve Fund | 065 | 7/27/2000 | Morgan Guaranty Trust Co. | * | * | * | | | | | $4,000.00 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | CDR I | Massachusetts Development Finance Agency | Revenue Bonds, Massachusetts Biomedical Research Corporation Issue, Series C - Project Fund and Capitalized Interest | 066 | 7/27/2000 | Bear Stearns | * | * | * | | | | | $4,000.00 |
| 21 | CDR I | Suffolk County Industrial Authority | Civic Facility Revenue and Refunding Bonds (2000 New York Institute of Technology Project) | 067 | 8/25/2000 | Lehman | * | * | * | | | | | $10,000.00 |
| 22 | CDR I, CGG II | Oklahoma Housing Development Authority | Revenue Obligations (Lease Purchase Program) 2000 Series A, B | 080 | 10/26/2000 | Soc Gen | * | * | * | | * | * | * | $583.30 |
| 23 | CDR I | Tulsa Industrial Authority | Variable Rate Demand Revenue Bonds, Series 2000 (NVHF - Tulsa County Housing Preservation Fund, Inc.) | 081 | 10/26/2000 | Sun America | * | * | * | | | | | $252,145.95 |
| 24 | CDR I | Missouri Health and Educational Facilities Authority (MOHEFA) | Health and Educational Facilities Authority of the State of Missouri, Health Facilities Revenue Bonds (St. Anthony's Medical Center) Series 2000 | 082 | 10/30/2000 | Bear Stearns | * | * | * | | | | | $35,000.00 |
| 25 | CDR III, CGG I | Tarrant County Health Facilities Development Corporation | GNMA Collateralized Mortgage Loan, Eastview Nursing Home, Ebony Lake Nursing Center, Lynnhaven Nursing Center and Mission Oaks Manor Series 2000 A-1 and Taxable Series A-2 | 086 | 11/9/2000 | FGIC (GE) | * | * | * | | * | * | * | $6,285.31 |
| 26 | CDR III, CGG I | Suffolk County Industrial Development Agency | Continuing Care Retirement Community Revenue Bonds (Peconic Landing at Southold, Inc. Project - Series 2000A, 2000B, 2000C) | 093 | 11/28/2000 | FGIC (GE) | * | * | * | | * | * | * | $34,000.00 |
| 27 | CDR III, CGG I | The Health and Educational Facilities Board of the Metropolitan Government of Nashville and Davidson County | Multifamily Housing Revenue Bonds (Spring Branch, LLC Project) Series 2000 | 096 | 12/6/2000 | FGIC (GE) | * | * | * | | * | * | * | $9,462.01 |
| 28 | CDR III, CGG I | Massachusetts Development Finance Agency | Variable Rate Revenue Bonds, Clark University, Series 2000 | 097 | 12/7/2000 | FGIC (GE) | * | * | * | | * | * | * | $17,898.96 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | CDR III, CGG I | North Central Texas Health Facilities Development Corporation | Variable Rate Revenue Bonds; Variable Rate Demand Revenue Bonds (Dallas Jewish Community Foundation Project) | 098 | 12/11/2000 | FGIC (GE) | * | * | * | | * | * | * | $38,992.29 |
| 30 | CDR I | Oklahoma County Home Finance Authority | Variable Rate Demand Revenue Bonds, Series 2000 (NVHF- Oklahoma County Housing Preservation Fund, Inc.) | 103 | 12/14/2000 | Sun America | * | * | * | | | | | $380,969.31 |
| 31 | CDR I | Kent State Univeristy | General Receipt Bonds, Series 2001 (Project Fund) | 114 | 1/26/2001 | Lehman | * | * | * | | | | | $25,000.00 |
| 32 | CDR III, CGG I | Biloxi Housing Authority | Multifamily Housing Revenue Bonds Series 2001 - Bayview Place Estates | 120 | 2/22/2001 | Aegon | * | * | * | | * | * | * | $6,915.42 |
| 33 | CDR I | San Diego Area Housing & Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 A and 2001 B | 126 | 3/21/2001 | Soc Gen | * | * | * | | | | | $446,660.02 |
| 34 | CDR III, CGG I | Alabama Housing Finance Authority | Multifamily Revenue Refunding Bonds, Park Brook & Charter East Apartments Project 2001 Series A | 127 | 3/27/2001 | FGIC (GE) | * | * | * | | * | * | * | $700.00 |
| 35 | CDR I, GHW II | North Carolina Educational Facilities Finance Agency | Revenue Bonds, Series 1998, Saint Augustine College (DSRF, DSF- upfront) | 132 | 4/20/2001 | First Union | * | * | * | | | | | $34,854.20 |
| 36 | CDR I | Riverside-San Bernardino Housing and Finance | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A, 2001 Series B | 133 | 4/24/2001 | Soc Gen | * | * | * | | | | | $104,538.25 |
| 37 | CDR III, CGG I | The Special Health Care Facilities Financing Authority for the City of Rainbow | First Mortgage Revenue Bonds (Regency Pointe Project) Series 2001 | 135 | 5/2/2001 | FGIC (GE) | * | * | * | | * | * | * | $15,098.50 |
| 38 | CDR III, CGG I | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series B | 136 | 5/2/2001 | Trinity (GE) | * | * | * | | * | * | * | $94,085.03 |
| 39 | CDR III, CGG I | City of Syracuse Industrial Development Agency | First Mortgage Adjustable Rate Revenue Bonds (Jewish Home of Central New York, Inc. Project) Series 2001A & 2001B | 141 | 5/24/2001 | FGIC (GE) | * | * | * | | * | * | * | $27,976.26 |
| 40 | CDR III, CGG I | Dawnville Meadows Apartments | Fannie Mae Rate Lock Loan (Continental Wingate) | 142 | 5/24/2001 | FGIC (GE) | * | * | * | | * | * | * | $1,000.00 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | CDR I | California Cities Home Ownership Authority | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and Variable Rate Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B | 146 | 6/11/2001 | Soc Gen | * | * | * | | | | | $76,775.00 |
| 42 | CDR III, CGG I | Health and Educational Facilities Authority of the State of Missouri | Educational Facilities Revenue Bonds (St. Louis College of Pharmacy) Series 2001 | 148 | 6/19/2001 | FGIC (GE) | * | * | * | | * | * | * | $61,643.94 |
| 43 | CDR III, CGG I | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series C | 152 | 6/21/2001 | Trinity (GE) | * | * | * | | * | * | * | $45,195.96 |
| 44 | CDR I | Clark County School District Number 161 | Qualified Zone Academy Bonds, Series 2001 | 156 | 7/17/2001 | BOA | * | * | * | | | | | $43,742.28 |
| 45 | CDR III, CGG I | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series D | 161 | 8/7/2001 | Trinity (GE) | * | * | * | | * | * | * | $56,695.77 |
| 46 | CDR I | Dallas Independent School District | Qualified Zone Academy Maintenance Tax Notes, Series 2001 | 171 | 9/26/2001 | BOA | * | * | * | | | | | $17,934.77 |
| 47 | CDR II, CGG V | Urban Residential Finance Authority of the City of Atlanta | Multifamily Senior Housing Revenue Bonds Allen Temple Apartment Series 2001A | 180 | 11/14/2001 | FSA | * | * | * | | | | * | $8,100.00 |
| 48 | CDR II, CGG V | Maryland Economic Development Corporation | Revenue Bonds, Series 2001 (Anne Arundel County) | 188 | 11/30/2001 | FSA | * | * | * | | | | * | $12,288.00 |
| 49 | CDR I | Housing Authority of Fulton County, Georgia | Variable Rate Demand Bonds, Series 2001 (Legacy Community Partnership, Inc.) | 190 | 12/12/2001 | Sun America | * | * | * | | | | | $160,850.89 |
| 50 | CDR I, CDR II | California Communities Housing & Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B (Float Fund) | 191 | 12/13/2001 | Soc Gen | * | * | * | | | | | $34,205.86 |
| 51 | CDR I, CDR II, CGG V | Harrisonburg Redevelopment and Housing Authority | Variable Rate Lease Purchase Revenue Bonds 2001 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds Series B (Float Fund) | 192 | 12/13/2001 | Soc Gen | * | * | * | | | | * | $106,452.03 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | CDR I, CGG V | Pacific Housing and Finance Agency | Variable Rate Lease Revenue Pass-Through Obligation 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B (Program) | 194 | 12/13/2001 | Soc Gen | * | * | * | | | | * | $76,056.89 |
| 53 | CDR III, CGG I | San Diego Family Housing, LLC | Military Housing Revenue Obligations, Series 2001A | 197 | 12/21/2001 | FGIC (GE) | * | * | * | | * | * | * | $70,000.00 |
| 54 | CDR III, CGG I | Utah Housing Corporation | Single Family Mortgage Bonds, 2002 Series A | 200 | 1/17/2002 | Trinity (GE) | * | * | * | * | * | * | * | $70,176.94 |
| 55 | CDR I | Pulaski County, Arkansas | Variable Rate Lease Purchase Revenue Bonds 2002 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds 2002 Series B (Float Fund) | 203 | 1/24/2002 | Soc Gen | * | * | * | * | | | | $49,587.71 |
| 56 | CDR I | Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority | Higher Education Refunding Revenue Bonds, Series 2002 (Ana G. Mendez University System Project), (Debt Service Reserve Fund) | 206 | 2/12/2002 | Lehman | * | * | * | * | | | | $20,000.00 |
| 57 | CDR I | Rhode Island Health and Education Building Corporation | Higher Education Facility Revenue Bonds, Rhode Island School of Design, Series 2001 | 207 | 3/1/2002 | Bear Stearns | * | * | * | * | | | | $20,000.00 |
| 58 | CDR I, CDR II, CGG V | Industrial Development Authority of the County of Pima | Variable Rate Lease Purchase Revenue Bonds, Series 2002 | 220 | 4/18/2002 | Soc Gen | * | * | * | * | | | * | $78,039.64 |
| 59 | CDR III, CGG I | Utah Housing Corporation | Single Family Mortgage Bonds, 2002 Series C | 229 | 5/2/2002 | CDC | * | * | * | * | * | * | * | $12,248.11 |
| 60 | CDR I, CDR II, CGG V | Mississippi Home Corporation | Lease Purchase Revenue Bonds, Series 2002 | 233 | 6/12/2002 | Soc Gen | * | * | * | * | | | * | $87,959.48 |
| 61 | CDR I | Regional Transit Authority, New Orleans, LA | Certificates of Participation Evidencing Ownership Interests in Rental Payments to be made Pursuant to a Lease-Purchase Agreement by and between the Regional Transit Authority as lessee and Willow Leasing LLC as lessor (Float) | 242 | 6/20/2002 | Bear Stearns | * | * | * | * | | | | $10,000.00 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | CDR I, CDR II, CGG II, CGG V | McAlester Public Works Authority | Utility System Revenue Bonds, Series 2002 | 246 | 6/27/2002 | FSA | * | * | * | * | | | * | $25,934.25 |
| 63 | CDR II, CGG V | Commonwealth of Puerto Rico | Public Improvement Refunding Bonds Series 2003 | 249 | 7/16/2002 | Trinity (GE) | * | * | * | * | | | * | $2,500.00 |
| 64 | CDR II, CGG V | Suffolk County Industrial Development Agency | Continuing Care Retirement Community Fixed Mortgage Fixed Rate Revenue Bonds (Jefferson's Ferry Project) Series 1999A, 1999B-1, and 1999B-2 | 251 | 7/18/2002 | Bayerische Landesbank | * | * | * | * | | | * | $8,000.00 |
| 65 | CDR II, CGG V | Missouri Health and Educational Facilities Authority (MOHEFA) | Missouri Health and Educational Facilities Authority of the State of Missouri, School District Direct Deposit Agreement (Pool 11) (Debt Service Fund) | 256 | 8/16/2002 | FSA | * | * | * | * | | | * | $524,140.10 |
| 66 | CDR II, CGG V | Houston Housing Finance Corporation | Multifamily Housing Revenue Bonds, Emerald Bay Apartments, Series 2002A and 2002B | 259 | 9/18/2002 | FSA | * | * | * | * | | | * | $3,100.00 |
| 67 | CDR II, CGG V | Texas Department of Housing and Community Affairs | Multifamily Housing Mortgage Revenue Bonds (Hickory Trace Apartments) Series 2002 | 270 | 11/6/2002 | Aegon | * | * | * | * | | | * | $3,500.00 |
| 68 | CDR II, CGG V | Housing Authority of Fulton County | Collateralized Mortgage Loan - Etheridge Court Apartments Project Phase II | 277 | 12/9/2002 | Bayerische Landesbank | * | * | * | * | | | * | $3,300.00 |
| 69 | CDR II, CGG V | Texas Department of Housing and Community Affairs | Residential Mortgage Revenue Bonds, Series 2002B (AMT) | 280 | 12/11/2002 | AIG | * | * | * | * | | | * | $8,000.00 |
| 70 | CDR II, CGG V | Massachusetts Development Finance Agency | Revenue Bonds, Series 2003, Massachusetts College of Pharmacy and Allied Health Sciences Issue, Series 2003 | 282 | 2/5/2003 | FSA | * | * | * | * | | | * | $22,932.03 |
| 71 | CDR I, CDR II, CGG V | ABAG Finance Authority for Nonprofit Corporations | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2003 Series A | 284 | 3/6/2003 | Soc Gen | * | * | * | * | | | * | $139,468.73 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | CDR II, CGG V | County Of Franklin | Hospital Facilities Revenue Bond Series 2003A (Ohio Health Corporation) (Auction Rate Securities) -- Hospital Facilities Revenue Bond Series 2003B (Ohio Health Corporation) (Auction Rate Securities) | 285 | 3/6/2003 | Salomon | * | * | * | * | | | * | $25,000.00 |
| 73 | CDR II, CGG V | Norwin School District, Westmoreland and Allegheny Counties | General Obligation Bonds, Series of 2000 | 287 | 3/11/2003 | MBIA | * | * | * | * | | | * | $4,400.00 |
| 74 | CDR II, CGG V | West Virginia Economic Development Authority | West Virginia Economic Development Authority, Lease Revenue Bonds (Correctional) Juvenile and Public Safety Facilities 2003 Series A | 288 | 3/13/2003 | FSA | * | * | * | * | | | * | $5,821.66 |
| 75 | CDR II, CGG V | Board of Governors of Fairmont State College | College Facilities Revenue Bonds, Series 2003A; Student Activity Revenue Bonds Series 2003B | 289 | 3/20/2003 | FSA | * | * | * | * | | | * | $34,095.41 |
| 76 | CDR I, GHW II | City of Stamford, Connecticut | General Obligation Refunding Bonds Issue of 2003 | 290 | 3/20/2003 | UBS | * | * | * | * | | | | $133,653.48 |
| 77 | CDR II, CGG V | South Jersey Transportation Authority | Transportation System Revenue Bonds Series 1999 | 295 | 4/21/2003 | FSA | * | * | * | * | | | * | $10,500.00 |
| 78 | CDR II, CGG V | County of Westchester Industrial Development Agency | Continuing Care Retirement Community Revenue Bonds, Series 2003, Kendal on Hudson | 297 | 4/29/2003 | Bayerische Landesbank | * | * | * | * | | | * | $47,500.00 |
| 79 | CDR III, CGG I | San Diego Family Housing, LLC | Military Housing Revenue Obligations, Series 2003 | 298 | 5/5/2003 | Trinity (GE) | * | * | * | * | * | * | * | $200,000.00 |
| 80 | CDR II, CGG V | Denton County Housing Finance Corporation | Multifamily Housing Revenue Bonds (Quail Creek Apartments Project) Series 2003; Taxable Multifamily Housing Mortgage Revenue Bonds (Quail Creek Apartments Project Series 2003-T) | 299 | 5/13/2003 | FSA | * | * | * | * | | | * | $4,100.00 |
| 81 | CDR II, CGG V | Housing Authority of the City of McDonough | Multifamily Housing Revenue Bonds (Woodlawn Park Apartments Project), Series 2003 | 300 | 5/13/2003 | FSA | * | * | * | * | | | * | $3,600.00 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | CDR I | Pottawatomie County Development Authority | Water Revenue Bonds, Series 2003 (North Deer Creek Reservoir Project) | 302 | 5/29/2003 | Bear Stearns | * | * | * | * | | | | $10,000.00 |
| 83 | CDR II, CGG V | Harris County Housing Finance Corporation | Harris County Housing Finance Corporation Multifamily Housing Mortgage Revenue Bonds (Shadow Ridge Apartments) Series 2003 | 304 | 6/13/2003 | FSA | * | * | * | * | | | * | $2,850.00 |
| 84 | CDR II, CGG V | Maryland Economic Development Corporation | Student Housing Revenue Bonds (Bowie State University Project) Series 2003 | 305 | 6/26/2003 | FSA | * | * | * | * | | | * | $12,800.00 |
| 85 | CDR II, CGG V | Turlock Public Financing Authority | Revenue Bonds | 307 | 8/12/2003 | FSA | * | * | * | * | | | * | $19,000.00 |
| 86 | CDR II, CGG V | Missouri Health and Educational Facilities Authority (MOHEFA) | School District Direct Deposit Agreement #12 | 309 | 8/26/2003 | FSA | * | * | * | * | | | * | $165,140.10 |
| 87 | CDR III, CGG I | Camp Pendleton and Quantico Military Housing, LLC | Military Housing Revenue Obligations Series 2003A | 315 | 10/1/2003 | Trinity (GE) | * | * | * | * | * | * | * | $356,145.29 |
| 88 | CDR II, CGG V | West Virginia Water Development Authority acting on behalf of the West Virginia Infrastructure and Jobs Development Council and the State of WV | Infrastructure Revenue Bonds, 2000 Series A | 317 | 10/23/2003 | FSA | * | * | * | * | | | * | $152,234.91 |
| 89 | CDR II, CGG V | Pennsylvania Housing Finance Agency | Single Family Mortgage Revenue Bonds Draw Down Series 2003-A | 320 | 11/17/2003 | FSA | * | * | * | * | | | * | $280,000.00 |
| 90 | CDR II, CGG V | Michigan State Housing Development Authority | Single Family Mortgage Revenue Bonds Fixed Rate Bonds, 2003 Series B(AMT); $26,820,000 Tax Exempt Variable Rate Bonds, 2003 Series C (AMT); Taxable Variable Rate Bonds, 2003 Series D (Federally Taxable) | 321 | 11/19/2003 | Security Life | * | * | * | * | | | * | $11,360.00 |
| 91 | CDR II, CGG V | The Industrial Development Authority of the County of Platte | The Industrial Development Authority of the County of Platte, Missouri Transportation Revenue Bonds (Zona Rosa Project) Series 2003 | 322 | 1/15/2004 | FSA | * | * | * | * | | | * | $23,850.00 |

| No. | Count(s) | Entity | Bond Issue(s) | Victim ID # | Bid Date | Winner | Rubin | Wolmark | Zarefsky | Rothman | Carollo | Grimm | S. Goldberg | Restitution Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | CDR II, CGG V | West Virginia Economic Development Authority | Excess Lottery Revenue Bonds (Federally Taxable) Series 2004 | 324 | 1/23/2004 | XL Asset | * | * | * | * | | | * | $124,221.67 |
| 93 | CDR II, CGG V | Texas Department of Housing and Community Affairs | Variable Rate Demand Multifamily Housing Revenue Bonds (Bristol Apartments) Series 2004 | 336 | 5/20/2004 | FSA | * | * | * | * | | | * | $3,566.67 |
| 94 | CDR II, CGG V | Texas Department of Housing and Community Affairs | Variable Rate Demand Multifamily Housing Revenue Bonds (Montgomery Pines Apartments) Series 2004 | 337 | 5/20/2004 | FSA | * | * | * | * | | | * | $4,147.49 |
| 95 | CDR II, CGG V | Texas Department of Housing and Community Affairs | Variable Rate Demand Multifamily Housing Revenue Bonds (Pinnacle Apartments) Series 2004 | 338 | 5/20/2004 | FSA | * | * | * | * | | | * | $6,009.13 |
| 96 | CDR II, CGG V | State of West Virginia School Building Authority | West Virginia School Building Authority, Lottery Capital Improvement Revenue Bonds, Series 2004 | 341 | 6/22/2004 | FSA | * | * | * | * | | | * | $318,982.73 |
| 97 | CDR II, CGG V | The Municipal Authority of the City of Bristow | Utility System Refunding Revenue Bonds, Series 2004 | 345 | 7/15/2004 | Bayerische Landesbank | * | * | * | * | | | * | $3,000.00 |
| 98 | CDR II, CGG V | West Virginia Economic Development Authority | Lease Revenue Bonds (Correctional, Juvenile and Public Safety Facilities) 2004 Series A  Taxable Lease Revenue Bonds (Correctional, Juvenile and Public Safety Facilities) 2004 Series B | 348 | 8/27/2004 | FSA | * | * | * | * | | | * | $30,221.67 |
| 99 | CDR II, CGG V | State of West Virginia Higher Education Policy Commission | Revenue Bonds (Higher Education Facilities) 2004 Series B | 349 | 9/8/2004 | FSA | * | * | * | * | | | * | $143,000.00 |
| | | | | | | | | | | | | | **TOTAL:** | **$11,528,661.20** |