## SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

JONATHAN STERN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

May 2, 2014

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *United States v. Rubin et al.*
            **S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

    We are counsel to David Rubin in the above-referenced matter. Insofar as Mr. Rubin was sentenced on March 12, 2014, we now seek an Order of the Court directing the Pre-Trial Services Office to return to Mr. Rubin his travel documents, including any United States passport that he surrendered in 2009 as a condition of his bail. I have attached a proposed Order in this regard.

    I have conferred with Rebecca Meiklejohn of the Antitrust Division and she informs me that the Government has no objection to this request. Thank you for your time and attention with regard to this matter.

Respectfully Submitted,

Kenneth C. Murphy

cc:    All Counsel of Record by ECF
Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA                :     (S)1 09-cr-1058 (KMW)

                                        :

           -Against-                    :

DAVID RUBIN *et al.*,                   :     ORDER RETURNING
                                              TRAVEL DOCUMENTS
                    Defendants          :
-----------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge.

    WHEREAS, David Rubin voluntarily surrendered and was arraigned before the Honorable Theodore H. Katz in the Southern District of New York in this matter on or about November 6, 2009; and

    WHEREAS, as a condition of David Rubin's release on bail after his arraignment, he was ordered to surrender his travel documents including Mr. Rubin's United States passport; and

    WHEREAS, Mr. Rubin thereafter surrendered his United States passport to officials of the Pre-Trial Services Office of the Southern District of New York; and

    WHEREAS, on March 12, 2014, David Rubin was sentenced in the Southern District of New York in this matter and is now serving his sentence pursuant to said proceeding.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    (1)    The Pre-Trial Services Office of the Southern District of New York shall return to David Rubin all travel documents provided by him to said office including but not limited to his United States passport which was surrendered on or about November 6, 2009 or some time thereafter.

SO ORDERED:

_____, 2014

_____
HON. KIMBA M. WOOD
United States District Judge
Southern District of New York