```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA           :   (S)1 09-cr-1058 (KMW)

                                   :

    -Against-                      :

DAVID RUBIN *et al.*,              :   ORDER RETURNING
                                       TRAVEL DOCUMENTS
                Defendants         :
------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge.

WHEREAS, David Rubin voluntarily surrendered and was arraigned before the Honorable Theodore H. Katz in the Southern District of New York in this matter on or about November 6, 2009; and

WHEREAS, as a condition of David Rubin's release on bail after his arraignment, he was ordered to surrender his travel documents including Mr. Rubin's United States passport; and

WHEREAS, Mr. Rubin thereafter surrendered his United States passport to officials of the Pre-Trial Services Office of the Southern District of New York; and

WHEREAS, on March 12, 2014, David Rubin was sentenced in the Southern District of New York in this matter and is now serving his sentence pursuant to said proceeding.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

(1)     The Pre-Trial Services Office of the Southern District of New York shall return to David Rubin all travel documents provided by him to said office including but not limited to his United States passport which was surrendered on or about November 6, 2009 or some time thereafter.

SO ORDERED: 5-5-14

_Kimba M. Wood_
KIMBA M. WOOD
U. S. D. J.