| | SIMON & PARTNERS LLP | |
|---|---|---|
| (212) 332-8900 | 551 FIFTH AVENUE<br>THIRTY-FIRST FLOOR<br>NEW YORK, NEW YORK 10176<br>www.simonlawyers.com | FAX: (212) 332-8909 |
| BRADLEY D. SIMON<br>BRIAN D. WALLER<br>KENNETH C. MURPHY | | COUNSEL<br>HARRIET TAMEN<br>PAMELA STUART<br>STEPHENIE L. BROWN<br>NEAL SHER |
| LAURA BIRNBAUM | | |

July 9, 2014

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Rubin et al.*
      **S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

We represent David Rubin in the above-referenced matter.

We write to respectfully request permission for Mr. Rubin to travel out of the United States to Canada to visit his daughter who is attending a summer camp in Toronto. If permitted, Mr. Rubin will leave the evening of Saturday July 19, 2014 at 10:10 p.m. departing from Los Angeles International Airport and arriving at 6:00 a.m. at Toronto's Pearson International Airport. He intends to return on July 21, 2014 departing at 10:05 a.m. from Toronto's Pearson International Airport and arriving at 12:25 p.m. at Los Angeles International Airport

Mr. Rubin's Probation Officer, Mahogany Thomas, has no objection to this request. In addition, I was informed by Rebecca Meiklejohn that the Government has no objection to this request.

Thank you for your time and attention with regard to this matter.

Respectfully submitted,

Kenneth C. Murphy