**MEMO ENDORSED**

**SIMON & PARTNERS LLP**
551 FIFTH AVENUE
THIRTY-FIRST FLOOR
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D SIMON
BRIAN D WALLER
KENNETH C MURPHY

LAURA BIRNBAUM

FAX (212) 332-8909

COUNSEL
HARRIET TAMEN
PAMELA STUART
STEPHENIE L. BROWN
NEAL SHER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/14

September 18, 2014

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Rubin et al.*
      **S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

We represent David Rubin in the above-referenced matter.

We write to respectfully request permission for Mr. Rubin to travel out of the United States to Israel for the purpose of religious prayer during the Yom Kippur holiday. If permitted, Mr. Rubin will leave on October 1, 2014 and return on October 6, 2014

Mr. Rubin's Probation Officer, Mahogany Thomas, has no objection to this request. In addition, I was informed by Rebecca Meiklejohn that the Government has no objection to this request.

Thank you for your time and attention with regard to this matter.

Respectfully submitted,

Kenneth C. Murphy

cc:   All Counsel of Record by ECF

*Granted. KMW*

9-22-14
SO ORDERED:

*Kimba M. Wood*
KIMBA M. WOOD
U. S. D. J.