(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

SIMON & PARTNERS LLP
551 FIFTH AVENUE
THIRTY-FIRST FLOOR
NEW YORK, NEW YORK 10176
www.simonlawyers.com

FAX: (212) 332-8909

COUNSEL
HARRIET TAMEN
PAMELA STUART
STEPHENIE L. BROWN
NEAL SHER

October 24, 2014

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *United States v. Rubin et al.*
     **S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

  We represent David Rubin in the above-referenced matter.

  As set forth in the letter of Rebecca Meiklejohn, dated March 20, 2014, a copy of which is enclosed for your review, Mr. Rubin is scheduled to make a payment of $2 million by November 1, 2014. Unfortunately, due to certain business issues that have arisen, Mr. Rubin is having extreme difficulty securing the $2 million that he agreed to pay by November 1. He can, however, make a payment of $600,000 by that date, which will more than satisfy his restitution obligation. Mr. Rubin respectfully seeks an extension to July 31, 2015 to pay the remainder. This will be approximately sixteen and one-half months after he was sentenced.

  I have discussed this with Ms. Meiklejohn, who informs me that the Government takes no position on this request.

  Thank you for your time and attention with regard to this matter.

                  Respectfully submitted,

                  Kenneth C. Murphy

cc: All Counsel of Record by ECF

Enc.



**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

26 Federal Plaza          212/335-8000
Room 3630
New York, New York 10278-0140   FAX 212/335-8023

March 20, 2014

By Hand

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Chambers/Dunhill Insur. Services, Inc. and David Rubin*
            S1 09 Cr. 1058

Dear Judge Wood:

    The Government respectfully writes to provide the Court with specific information regarding the entities and amounts that were the subject of the Court's order of restitution at the sentencing hearing on March 12. This information, which is set out in Attachment A, has been reviewed with defense counsel, who has no objection. Importantly, the parties have determined that although the Court stated that it was ordering as much as $2,147,495.76 to be paid in restitution, the remaining liability for restitution is only $1,143,059.93. As a result of this significant reduction in Mr. Rubin's liability, the parties have agreed that Mr. Rubin could satisfy the financial obligations the Court imposed sooner than the one year that the Court allowed and, therefore, jointly propose that he should be ordered pay 50% of the restitution within 90 days, $2 million by November 1, 2014, and the balance by January 31, 2015.

    If the Court wishes any additional information, I can be reached at 212-335-8016.

                                Respectfully submitted,

                                REBECCA MEIKLEJOHN
                                Trial Attorney
                                Antitrust Division

cc:  defense counsel (by email)