```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/14
```

**SIMON & PARTNERS LLP**
551 FIFTH AVENUE
THIRTY-FIRST FLOOR
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D SIMON
BRIAN D WALLER
KENNETH C. MURPHY

COUNSEL
HARRIET TAMEN
PAMELA STUART
STEPHENIE L. BROWN
NEAL SHER

October 24, 2014

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Rubin et al.*
      **S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

We represent David Rubin in the above-referenced matter.

As set forth in the letter of Rebecca Meiklejohn, dated March 20, 2014, a copy of which is enclosed for your review, Mr. Rubin is scheduled to make a payment of $2 million by November 1, 2014. Unfortunately, due to certain business issues that have arisen, Mr. Rubin is having extreme difficulty securing the $2 million that he agreed to pay by November 1. He can, however, make a payment of $600,000 by that date, which will more than satisfy his restitution obligation. Mr. Rubin respectfully seeks an extension to July 31, 2015 to pay the remainder. This will be approximately sixteen and one-half months after he was sentenced.

*approved KMW*

I have discussed this with Ms. Meiklejohn, who informs me that the Government takes no position on this request.

Thank you for your time and attention with regard to this matter.

Respectfully submitted,

Kenneth C. Murphy

cc:   All Counsel of Record by ECF

Enc.

10-30-14
**SO ORDERED:  N.Y., N.Y.**

Kimba M. Wood
**KIMBA M. WOOD**
**U.S.D.J.**