USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/15

# SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900
FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

LAURA BIRNBAUM

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

NEW YORK
WASHINGTON, D.C.
PARIS

January 9, 2015

**MEMO ENDORSED**

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Rubin et al.*
      **S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

We represent David Rubin in the above-referenced matter.

We write to respectfully request permission for Mr. Rubin to travel outside the United States to Israel from January 14 to January 18, 2015, to celebrate the engagement of his son who currently resides in Israel.

Granted.
KMW

Mr. Rubin's Probation Officer, Mahogany Thomas, has no objection to this request. In addition, I was informed by Rebecca Meiklejohn that the Government has no objection to this request.

Thank you for your time and attention with regard to this matter.

Respectfully submitted,

Brian D. Waller

cc:   All Counsel of Record by ECF

1-12-15
SO ORDERED:   N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.