USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/15

**SIMON & PARTNERS LLP**
551 FIFTH AVENUE
THIRTY-FIRST FLOOR
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D SIMON
BRIAN D WALLER
KENNETH C. MURPHY

LAURA BIRNBAUM

FAX: (212) 332-8909

COUNSEL
HARRIET TAMEN
PAMELA STUART
STEPHENIE L. BROWN
NEAL SHER

July 15, 2015

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Rubin et al.*
      **S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

We represent David Rubin in the above-referenced matter.

We write to respectfully request permission for Mr. Rubin to travel outside of the United States to Canada to visit his children a their summer camp in Toronto. If permitted, Mr. Rubin will leave on Saturday July 18, 2015 departing from Los Angeles International Airport and arriving at Toronto's Pearson International Airport. He intends to return on July 20, 2015 departing from Toronto's Pearson International Airport and arriving at Los Angeles International Airport. We also request permission to travel to Canada on July 28 and return July 29, 2015 so that he can pick up his children from the same camp (the same airports).

I have conferred with DOJ Attorney Rebecca Meiklejohn who has no objection to this request. I apologize for the late notice of this request, and thank Your Honor for your time and attention with regard to this matter.

Granted. KMW

Respectfully submitted,

Kenneth C. Murphy   7-16-15

cc:   Counsel of Record by ECF

SO ORDERED:   N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.